# EXHIBIT A

# Performance Report
# Fiscal Year 2012

January 2013
Minnesota Department of Corrections
1450 Energy Park Drive, Suite 200
St. Paul, Minnesota 55108-5219
(651) 361-7200
TTY (800) 627-3529
www.doc.state.mn.us

This information will be made available in alternative format upon request.
Printed on recycled paper with at least 10 percent post-consumer waste.
The total cost of salaries and supplies incurred in the development
and preparation of this report is $4,055 (reported as required by M.S. 3.197)

# Table of Contents

**Section I  Department of Corrections Mission and Strategic Plan**          1

    Vision          1

    Mission          1

    Values          1

    Goals and Performance Measures          2

    Performance Measures and Statistics          5

    Performance Measures Data Summary          39


**Section II  Per Diem Information**          41

    Figure 1  CY11 Jail Per Diem Statistics          42


**Section III  Annual Performance Statistics**          45

    Figure 2  Number of Discipline Convictions and Incidents — Adult Facilities          46

    Figure 3  Number of Discipline Convictions and Incidents — Juveniles at MCF-Red Wing          47

    Figure 4  Offender Capacity and Population by Facility and Date          48

    Figure 5  Percent of Idle Adult Offenders by Date          49

    Figure 6  MINNCOR Operating Statistics by Fiscal Year          50


**Section IV  Adult Recidivism Update**          51

    Figure 7  Felony Reconviction Rates Up to Three Years Post-Release          52

    Figure 8  Felony Reincarceration Rates Up to Three Years Post-Release          53

    Figure 9  Gender of Offenders Released in 2007 and 2008          54

    Figure 10  Recidivism Rates for Male Offenders          54

    Figure 11  Recidivism Rates for Female Offenders          55

    Figure 12  Original Offense          55

    Figure 13  Recidivism Rates by Original Offense  Three Years Post-Release          56


**Section V  Juvenile Recidivism Update**          57

    Figure 14  Reincarceration Rates Up to Three Years Post-Release          58

    Figure 15  Reincarceration Rates by Age at Commitment          59

    Figure 16  Reincarceration Rates by Race/Ethnicity          60

## Section VI  Mental Health Services                                                           61

Figure 17  Mental Health Assessment, Therapy, or Treatment in MN Correctional Facilities     63

Figure 18  Individual Mental Health Therapy Sessions of Offenders                            64

Figure 19  Top 15 Percent of Offenders by Number of Individual Therapy Sessions              64

Figure 20  Mental Illness Prevalence in Minnesota Correctional Facilities                    66

Figure 21  MCF-Shakopee Pain Management Program Statistics                                   67

Figure 22  Supportive Living Services Units — Male Facilities                                68

Figure 23  Supportive Living Services Units — Female Facilities                              68

Figure 24  Residential Services Facilities                                                   69

Figure 25  Serious and Persistent Mental Illness (SPMI) Release Planning                     70

## Section VII  Other DOC Biennial Highlights                                                   71

# Section I
## Department of Corrections Mission and Strategic Plan

The Minnesota Department of Corrections (DOC) updated its vision and mission statement in August 2012 to better reflect its focus on reducing recidivism. In the update process, a new goal was added ("Engage staff and promote workplace safety"), thus stating explicitly an emphasis that was previously captured in its "providing core correctional care" goal. Otherwise, the goals as stated in the previous performance report were kept with only slight modifications in wording. The performance measures presented in the previous performance report are carried over to this report.

Historical data may not be available for all performance measures included in this report. Data from FY07 through FY12 are reported for each performance measure whenever possible.

## Vision

Contribute to a safer Minnesota

## Mission

Reduce recidivism by promoting offender change through proven strategies during safe and secure incarceration and effective community supervision.

## Values

**Safety:** by supporting a safety-conscious environment for staff and offenders.

**Research-supported Practice:** by providing offender programs and interventions based on evidence-based principles.

**Open and Transparent Communication:** by ensuring that information is shared with staff, offenders, and stakeholders.

**Commitment to Employee Growth and Development:** by fostering collaboration, initiative, and opportunities for growth knowing that our strength lies in our skilled and talented employees.

***Culture of Professionalism:*** by commitment to a high standard of ethics, behavior, and work activities.

***Organizational Development:*** by providing an environment that encourages strong quality results through teamwork, technology, training, and process improvement.

***Collaboration:*** by facilitating cooperative interaction with staff and justice partners, building consensus to support our common interest of reducing recidivism.

# Goals and Performance Measures

## Mission Goal:  Provide Effective Correctional Services
Objectives for this goal address the delivery of a safe, secure, and humane environment for staff and offenders.

>  *Performance Measures*
>  ❑  Number of escapes from secure facilities
>  ❑  Number of staff assaults
>  ❑  Number of inmate assaults
>  ❑  Staff injury rate[1]
>  ❑  Percentage of inmates assigned[2]
>  ❑  Accuracy in offender risk assessment completion

## Mission Goal:  Change Offender Behavior
Objectives for this goal address preparing offenders for successful reentry into the community as well as ensuring access to needed resources.

>  *Performance Measures*
>  ❑  Number of offenders admitted to:
>  ➢  Educational programs
>  ➢  Chemical dependency treatment programs
>  ➢  Sex offender treatment programs
>  ➢  Minnesota Comprehensive Offender Reentry Plan (MCORP)
>  ❑  Program success rates:
>  ➢  Percent change in functioning level for offenders participating in all educational programs
>  ➢  Percent change in functioning level for offenders participating in Basic Skills
>  ➢  Percent change in functioning level for offenders participating in English as a Second Language (ESL)
>  ➢  Percentage of offenders completing chemical dependency treatment programs

---

[1] Occupational Safety and Health Administration (OSHA)-defined incident and injury rates, which include the Total Recordable Incident Rate (TRIR) and Days Away – Restricted or Transfer (DART).
[2] Offender assignments include all offenders not on "idle" status.  Offenders not on idle status include those on work assignment, involved in education or treatment, or not able to work due to medical conditions, etc.

> ➤ Percentage of offenders completing sex offender treatment programs
- ❑ Release planning participation:
  - ➤ Number of offenders completing pre-release classes
  - ➤ Number of state photo identification/driver's license applications processed
- ❑ Recidivism:
  - ➤ Percentage of offenders convicted of a new felony
  - ➤ Percentage of offenders reincarcerated for a new felony

## Mission Goal:  Hold Offenders Accountable

Objectives for this goal address the fulfillment of court-ordered or statutory offender obligations as well as appropriate offender behavior.

*Performance Measures*
- ❑ Program success rates:
  - ➤ Percent change in functioning level for offenders participating in all educational programs
  - ➤ Percent change in functioning level for offenders participating in Basic Skills
  - ➤ Percent change in functioning level for offenders participating in English as a Second Language (ESL)
  - ➤ Percentage of offenders completing chemical dependency treatment programs
  - ➤ Percentage of offenders completing sex offender treatment programs
- ❑ Percentage of restitution paid by discharge from supervision
- ❑ Number of escapes from secure facilities
- ❑ Percentage of fugitive level 3 sex offenders apprehended within 72 hours
- ❑ Percentage of offenders on Intensive Supervised Release (ISR) convicted of a new felony while under supervision

## Mission Goal:  Provide Restorative Services for Victims

Objectives for this goal address providing restorative services to individual victims as well as to the overall community.

*Performance Measures*
- ❑ Percentage of restitution paid by discharge from supervision
- ❑ Increase victim/offender restorative opportunities
- ❑ Reduce response time for victim notification
- ❑ Number of Sentencing to Service (STS) offender hours worked
- ❑ Number of STS jail days saved
- ❑ Cost savings of STS jail days saved
- ❑ Value of labor of STS work completed

## Mission Goal:  Engage Staff and Promote Workplace Safety

Objectives for this goal address promoting an engaged staff and a safe work environment.

*Performance Measures*

- ❑ Staff injury rate[3]
- ❑ Accuracy in offender risk assessment completion

---

[3] Occupational Safety and Health Administration (OSHA)-defined incident and injury rates, which includes the Total Recordable Incident Rate (TRIR) and Days Away – Restricted or Transfer (DART).

# Performance Measures and Statistics

## Mission Goal:  Provide Effective Correctional Services

The performance measures for the mission goal *Provide Effective Correctional Services* are key indicators of the department's ability to operate secure and humane correctional facilities that are safe for both staff and offenders.

### Number of escapes from secure facilities

The vision of the DOC is to contribute to a safer Minnesota.  Ensuring offenders remain securely confined while committed to the commissioner of corrections is central to this mission and a primary responsibility of DOC employees.  Wardens and managers create policies and procedures governing the orderly movement and other activities of offenders throughout the institutions.  Facility line staff such as corrections officers and caseworkers enforce these policies and conduct regular security rounds, and staff from the Office of Special Investigations (OSI) thwart escapes and other illegal behavior through the systematic gathering of intelligence on inmate activities.  Through the proactive efforts of these employees and many others, the DOC has not had an escape from a secure facility in more than a decade.



**Escapes from secure facilities**

### Number of staff assaults

All of the department's correctional facilities use standards established by the American Correctional Association (ACA) as a baseline for sound correctional practice.[4]  These standards cover a broad range of areas related to institutional operations and services, many of which affect the safety of a correctional facility.  In addition, the principles which guide the operation of facilities and interaction between staff and inmates results in a safer environment for all.  Treating offenders humanely — allowing adequate access to health services; providing clean and well-maintained facilities; and making available meaningful programming for work, education, and treatment — avoids needless agitation of offenders, reduces stress, and decreases the likelihood that they will express hostility

---

[4] As a cost-avoidance measure, department facilities no longer seek formal ACA accreditation.

toward others. Facility policies and procedures, from the inmate classification system to the movement of inmates, are designed to maintain facility security and staff safety.

Data on staff assaults committed by inmates show considerable variation from year to year. Data obtained from OSI show 50 inmate-on-staff assaults referred for felony-level prosecution in FY08 and 42 in FY10, but other years of substantially fewer such incidents. In FY11, the department recorded 16 inmate assaults on staff, and in FY12 the number was similar at 17.

**Number of felony-level inmate assaults on staff**



**Number of inmate assaults**

Corrections staff should provide protection from injury while an inmate is serving his or her sentence. As mentioned in the previous section, treating offenders humanely reduces the likelihood of inmates expressing violence toward others while incarcerated. The department maintains policies and procedures which specifically focus on the prevention of inmate-on-inmate violence, examples of which include the offender incompatibility system, tier restrictions within living units, and controlled movement.

With one exception, discipline convictions for inmate-on-inmate assaults have increased each fiscal year; there were 856 such convictions in FY12. Population growth is one factor behind this increase; during the timeframe represented in the chart, the inmate population increased from 7,818 to 9,250. A major incident at the Minnesota Correctional Facility (MCF)-Stillwater, occurring during FY10, appears to have contributed significantly to the increase in inmate-on-inmate assault convictions for that year. Idleness caused by limited programming options and an increase in the number of gang-related assaults and impulsive assaults have contributed to the increase in convictions as well.



**Number of discipline convictions
for inmate-on-inmate assaults**

566  652  707  821  795  856
FY07  FY08  FY09  FY10  FY11  FY12

**<u>Staff injury rate</u>**
The department recognizes that injuries to staff result in unacceptable losses in human and fiscal resources. All DOC facilities meet the standards established by the Occupational Safety and Health Administration (OSHA), Minnesota Pollution Control Agency (MPCA), the Minnesota Department of Health (MDH), and other regulatory agencies. The DOC continuously strives beyond compliance to strengthen our safety culture and reduce injuries at all levels to include staff, offenders, and others who work or visit our agency. System improvements have contributed to a stronger safety culture, which supports MNSAFE (Minnesota Safety Accountability from Everyone), the Governor's state-wide safety initiative that challenges all state employees to reduce the rate of workplace injuries. This can only be achieved if state agencies support safety as a core value in their organizational culture. Further evidence of the DOC's dedication to safety is seen in the awards and recognitions that are given to the department. Each year, the Minnesota Safety Council and the governor invite employers to participate in the Governor's Workplace Safety Awards. Each employer submits several years of injury data, which is compared to state and national statistics, as well as information on their progress implementing a comprehensive safety program. In May 2012, the MCF-Willow River/Moose Lake earned an outstanding achievement award. Previous years have produced safety awards for many of our correctional facilities. Safety achievements are also recognized internally with the Safety Excellence Award (SEA) program in its third year within the correctional facilities and starting its first year in the Community Services Division. This event helps reduce injuries with goal setting, enhanced reporting, and recognition of best practices.

The workers' compensation claim incident rate is an indicator of an agency's claims experience — an approximation of the number of reportable claims[5] per year, per 100 full-time employees. The rate fell from 6.0 in FY07 to 4.6 in FY11, which is a reduction of 23 percent.[6]

---

[5] A reportable claim is defined as a claim in which an employee seeks medical treatment, the agency accepts liability, and expenses are paid.
[6] FY12 data are not included in this report as these data will not be available until mid-2013.



**Workers' compensation claim incident rate**

| FY06 | FY07 | FY08 | FY09 | FY10 | FY11 |
|------|------|------|------|------|------|
| 5.1 | 6.0 | 6.0 | 5.1 | 5.3 | 4.6 |

## Percentage of inmates assigned

Programming is an integral part of preparing offenders for eventual release to the community. Programming also reduces inmate idleness and contributes to prisons that are relatively safe and free of violence. Offenders are classified as involved in programming if they are not on idle status.[7] Idle status is assigned to those who refuse to work or participate in programming or those recently terminated from an assignment.

The percentage of inmates assigned peaked in FY07 at 87 percent, then dropped to 81 percent in FY09. In the past three fiscal years, the percentage has increased somewhat from the FY09 figure, and has been in the 83 to 84 percent range each of these years.



**Percentage of inmates assigned**

| FY07 | FY08 | FY09 | FY10 | FY11 | FY12 |
|------|------|------|------|------|------|
| 87% | 85% | 81% | 83% | 84% | 83% |

## Accuracy in offender risk assessment completion

Use of a validated risk assessment tool is recognized as a fundamental aspect of the delivery of effective correctional services. Such tools assist corrections staff in determining the level of supervision required for offenders in the community as well as

---

[7] Offenders who are considered not able to work or participate in programming — such as recently-admitted offenders who are still in reception and those with medical conditions that prevent them from working — are not classified as idle and, by default, are included in the programming group.

the criminogenic factors (e.g., employment, housing, or companions) that should be addressed while the offender is under supervision. Risk assessment tools can prevent corrections staff from dedicating too many resources to low-risk offenders, which prior research shows may actually increase the likelihood of reoffense while increasing correctional costs as well.

In 2001, the department began using two risk assessment tools: the Youth Level of Service/Case Management Inventory (YLS/CMI) for juvenile offenders and the Level of Service Inventory-Revised (LSI-R) for adults. Currently, DOC corrections agents complete a risk assessment prior to sentencing for felony-level adult and juvenile offenders. For offenders who receive a probation sentence, the results of the risk assessment are used by the corrections agent to determine the type of supervision required and the areas of concern that should be addressed while the offender is under supervision. For those who receive a prison sentence, LSI-R score is one factor considered when determining priority for sex offender and chemical dependency treatment as well as need for educational and vocational programming. Offenders are reassessed at established intervals or as needed.

In 2008, the department established a quality assurance workgroup for the purposes of assessing the scoring accuracy of department personnel who use the LSI-R and YLS/CMI. Test cases were written and scored by trainers for each assessment tool. Each case manager and corrections agent subsequently was asked to score the test cases using the appropriate assessment tool. The discrepancy between the correct assessment score and the score determined by each case manager and corrections agent was measured. The average scoring proficiency for the LSI-R was 83 percent, and the average scoring proficiency for the YLS/CMI was 82 percent. These baseline scores and the recommendations of the quality assurance workgroup were published in June 2009.

In response to these findings, quality assurance policies and practices were amended with an interest in improving the average scoring accuracy rate for each instrument. Subsequent testing in FY11 demonstrated marked improvement for both the LSI-R and YLS/CMI. The scoring proficiency accuracy for both instruments improved by 6 percent, to 89 percent and 88 percent respectively.

The department will complete its conversion to newer versions of these instruments in FY13. The LSI-R is being replaced by the Level of Services/Case Management Inventory (LS/CMI) and the YLS/CMI is being replaced with the YLS/CMI Version 2.0. Scoring accuracy testing will take place in the fourth quarter of FY13 on these instruments.

**Accuracy in LSI-R scoring**



**Accuracy in YLS/CMI scoring**



## Mission Goal:  Change Offender Behavior

Successful transition from incarceration to the community is a critical factor in recidivism and a high priority for the DOC.  Every offender who makes a successful transition affects the quality of life for all citizens.  The performance measures for the mission goal *Change Offender Behavior* address the preparation of offenders for successful reentry into the community, measuring offender access to needed resources and indicators of behavioral change.

### Number of inmates admitted to programs

*Number of inmates enrolled in educational programming:*
The department requires that offenders who do not have a verified GED or high school diploma participate in literacy classes.  Roughly 54 percent of offenders enrolled in DOC education programming are in Adult Basic Education (ABE), which includes four program areas:  Basic Skills, English as a Second Language (ESL), high school and GED diploma instruction, and transition to post-secondary education.  Other education programming includes life skills such as parenting and cognitive skills, special education, computer literacy, transition/reentry, and post-secondary career/technical training.

The number of inmates enrolled in education programming increased almost 16 percent between FY07 and FY10, from 7,900 to 9,155.  The number has held steady since then, with over 9,000 enrolled in FY11 and FY12.

**Number of inmates enrolled in education programming**

| FY07 | FY08 | FY09 | FY10 | FY11 | FY12 |
|------|------|------|------|------|------|
| 7,900 | 8,199 | 8,416 | 9,155 | 9,046 | 9,072 |

*Chemical dependency treatment programs:*
The department has a very low rate of incarceration[8] which has implications for the treatment needs of the offender population housed in Minnesota prisons: The more serious and high-risk offenders incarcerated in Minnesota prisons tend to have very high rates of substance abuse and dependence along with other treatment needs.  Research shows that the use and abuse of alcohol and other drugs is linked to criminal activity and increased recidivism rates.  For this reason, and because roughly 95 percent of offenders incarcerated in Minnesota prisons eventually are released, the department has invested in treatment resources that have a known impact in reducing recidivism rates.

---

[8] Minnesota has the second-lowest rate of incarceration in the United States.

Newly-committed offenders are screened for substance abuse problems by licensed drug and alcohol counselors.[9]  In FY12, the department assessed 3,775 inmates for substance abuse problems.  Historically, rates of combined substance abuse and substance dependence have been around 90 percent with approximately 60 percent diagnosed with the more severe drug or alcohol dependence.  Rates for combined substance abuse and dependence FY12 were consistent with these historical averages.

In any given year, approximately 80 percent of offenders assessed for substance abuse problems require treatment.  The department has added treatment capacity over the years as funding has permitted, yet current capacity only allows the department to provide treatment for approximately one-third[10] of those offenders having a treatment directive prior to their release back to the community.  Because the department has insufficient resources to provide treatment to all offenders who have a treatment need, a prioritization system has been established that weights treatment priority in favor of those offenders with the highest risk and highest clinical needs.

In FY11, 1,226 inmates were admitted to chemical dependency treatment programs.  That figure remained stable in FY12 with 1,229 admissions.  The spike of admissions in 2010 is a reflection of start-up of the second phase of the MCF-Faribault treatment program and an increase in treatment beds at the Challenge Incarceration Program (CIP) at MCF-Willow River.  The stabilization at a somewhat lower level is due to an increase in the average length of treatment stay.

**Number of inmates admitted to chemical dependency treatment**



*Sex offender treatment programs:*
The department's sex offender treatment programs are designed to provide the kind of comprehensive, long-term and individualized treatment required to address the complex clinical needs of this challenging target population.  While effective treatment is the primary goal, the DOC continues to look for treatment efficiencies in order to provide as

---

[9] Also includes professionals licensed to perform these assessments under Minnesota statute.

[10] Thirty-four percent of offenders admitted as a new commitment in FY12 who received a directive to complete primary treatment had a treatment entry prior to initial release.

many treatment opportunities within current resources as is feasible and clinically sound. For example, the department recently shifted some chemical dependency treatment beds to provide specialty chemical dependency treatment for sexual offenders after discovering that drop-out rates were higher among sex offenders in standard programming. It is anticipated that a more specialized approach will increase retention and yield clinical gains as staff assist offenders in recognizing the links between offending and substance abuse that are unique to sexual offending.

Currently, the department incarcerates approximately 1,800 sex offenders who have a directive to complete sex offender treatment. The current capacity of the department's sex offender treatment programming, however, results in 33 percent of this population entering treatment prior to release. Similar to chemical dependency treatment, a prioritization system has been created for sex offender treatment which gives priority to treating those offenders with the highest risk and highest clinical needs.

Sex offender treatment bed capacity remained constant over this performance period and admissions have remained stable. Specifically, 216 offenders were admitted to sex offender treatment programs in FY11, and 205 were admitted to treatment in FY12. While bed capacity remained constant over the last few years, admissions to sex offender treatment programs declined in FY10. Notably, admissions to the program located at MCF-Moose Lake but run jointly by the DOC and the Department of Human Services (DHS) declined by half over this time. The extent of the drop in admissions was unexpected but considered a positive development related to the significant increases observed in program completion rates (reported in a later section).

**Number of inmates admitted to
sex offender treatment**



*Minnesota Comprehensive Offender Reentry Plan (MCORP)*:
Successfully preparing offenders to reenter the community after incarceration is an investment in public safety and the social and economic health of families and communities throughout the state. The department recognizes that the reentry process begins well before an offender is released from prison. In fact, reentry begins when an offender is admitted to prison and undergoes the intake and assessment process, continues through his or her prison term as the offender experiences recommended

programming and other services, and concludes when the offender successfully completes community supervision and reenters the community as a law-abiding citizen.

There are numerous reentry resources available at all DOC facilities. Each facility maintains a reentry resource center that includes directories of community resources, job search assistance, family reunification information, housing information, and other resources. Most facilities also hold transition resource fairs at which community service providers participate as exhibitors. Facility transition staff also partner with a wide variety of community organizations and businesses to provide additional reentry services to inmates. These services include employment preparation workshops, pre-release classes, family law clinics, and child support workshops. Institution caseworkers, transition coordinators, and other staff also assist inmates in other areas vital to successful community reentry such as pursuing educational opportunities, maintaining physical and mental health, establishing sound personal finances, obtaining transportation, finding treatment and mental health support within the community, and obtaining health care coverage.

One of the department's stated performance measures has been "the number of offenders admitted to Minnesota Comprehensive Offender Reentry Plan (MCORP)". However, the MCORP initiative is no longer operational. In two phases of the MCORP pilot project, 443 offenders were assigned to the experimental group (receiving the services of MCORP) while 314 offenders were assigned to the control group. An interim program evaluation of MCORP suggested that it was a promising model for offender reentry.[11] A final MCORP program evaluation will be published in early 2013.

Lessons learned from the MCORP initiative are being incorporated into the department-wide "Transition from Prison to Community" (TPC) initiative. TPC is a comprehensive, evidence-based reentry model formulated by practitioners, researchers, and policy experts convened by the National Institute of Corrections (NIC).

## Program success rates
*Percent change in functioning level for inmates participating in all educational programs:*
Increasing offender level of educational achievement during incarceration is a critical part of preparing offenders for release and transition back into the community. For many offenders, improving literacy skills is necessary to become self-sufficient and to participate effectively as productive workers, family members, and citizens. Furthermore, research increasingly shows that inmates who complete an educational goal while incarcerated have lower recidivism rates when compared to those who do not participate in educational programming.[12] In addition, experts believe and research

---

[11] Minnesota Department of Corrections. An Evaluation of the Minnesota Comprehensive Offender Reentry Plan (MCORP): Phase 1 Report. *doc.state.mn.us*, February 2010.
[12] Wilson, D.B.; Gallagher, C.A.; & MacKenzie, D.L. (2000). A meta-analysis of corrections-based education, vocation, and work programs for adult offenders. *Journal of Research in Crime and Delinquency* 37: 347-368. See also Educational Testing Service, Policy Evaluation, and Research Center. (2006). *Locked Up and Locked Out: An Educational Perspective on the U.S. Prison Population*. Princeton, NJ.

suggests that adults who are prepared for or participate in one or more years of post-secondary education (career/technical training or college) are even less likely to reoffend.[13]

Functioning levels of offenders in Basic Skills and ESL programs are determined using the Test for Adult Basic Education (TABE) and the Comprehensive Adult Student Assessment Systems (CASAS), respectively. Offenders in both Basic Skills and ESL are tested before beginning an educational program and then at least once during each fiscal quarter while engaged in the program. The department tracks these scores and determines which offenders progressed to a higher functioning level during the fiscal year. Increases in functioning level are reported as a combined measure and also separately for Basic Skills and ESL; all three are presented in this report.

The combined percentage of Basic Skills and ESL participants who increased their educational functioning level has improved from the low thirties in FY07 and FY08 to the low forties in the past three fiscal years. In FY12 the combined percentage of Basic Skills and ESL participants who increased their education functioning level was 41 percent.

**Percent change in functioning level:**
**All educational programs**



*Percent change in functioning level for inmates participating in Basic Skills:*
Students in Basic Skills programs are preparing for their GED or high school diploma and/or are brushing up on targeted skills such as math or reading. A total of 4,343 offenders were enrolled in Basic Skills in FY12.

The department has seen an increase in the percentage of Basic Skills participants who increased their functional level, from 30 percent in FY07 to a high of 44 percent in FY11. In FY12, 41 percent of Basic Skills participants increased their functioning level.

---

[13] Brazzell, D.; Crayton, A.; Mukamal, D.A.; Solomon, A.L.; & Lindahl, N. (2009). *From the Classroom to the Community: Exploring the Role of Education During Incarceration and Reentry.* Washington, D.C.: The Urban Institute.

**Percent change in functioning level:  Basic Skills**



*Percent change in functioning level for inmates participating in ESL:*
Students in ESL programming are working to increase their English speaking, listening, reading, and writing skills with the goal of advancing into a Basic Skills functioning level and eventually working toward attaining a GED or high school diploma.  In FY12, 223 offenders were enrolled in ESL classes.

The department saw marked gains in the percentage of ESL participants with an increase in functioning level, from 24 percent in FY07 and 36 percent in FY08 into the fifties in FY09 and FY10.  Most of these gains have been maintained over the past biennium.  Most recently, 49 percent of ESL participants increased their functioning level in FY12.

**Percent change in functioning level:  ESL**



*Percentage of inmates completing chemical dependency treatment programs:*
Research shows that prison-based chemical dependency treatment is effective in reducing criminal recidivism.  A recent evaluation of the DOC's chemical dependency treatment program provided evidence of the effectiveness of prison-based treatment, finding a 27 percent reduction in recidivism with those offenders who successfully participated in treatment.[14]

---

[14] Duwe, G. (2010). Prison-based chemical dependency treatment in Minnesota: An outcome evaluation. *Journal of Experimental Criminology, 6*, 57-81.

Prison-based treatment has several advantages. First, offenders establish a significant period of abstinence from drugs and alcohol prior to beginning programming. The prison environment is one with reduced distractions and temptations for offenders. The department's programs are also designed specifically for higher-risk/higher-needs offenders. Treatment is significantly higher in intensity and duration than community-based programs can offer and address both addiction and criminality.

All types of clinical interventions have failure rates where participants do not fully complete the recommended course of treatment. There are a number of reasons that offenders who begin a course of treatment do not fully complete it. Staff initiate program terminations for lack of adequate progress or significant behavioral problems during treatment (i.e., assault, major rule infraction), or an offender may request withdrawal from the program (viz., quit). While it is important to discharge those offenders who do not invest themselves in improving their likelihood to remain law-abiding, the department also recognizes that treatment success is in everyone's best interest and so continues to work towards maintaining high rates of treatment completion. The department defines treatment success as either fully completing the program or successfully participating in the program until the offender is released from prison.[15] In FY09, 68 percent of offenders who entered chemical dependency treatment successfully completed treatment. In the following years the completion rate was similar, varying from 71 percent in FY11 to 66 percent in FY12.

To maintain a high level of treatment completions, the department has initiated a number of programmatic changes in recent years that, when fully implemented, are expected to have an ongoing positive impact on completion rates in coming years. Those initiatives include increased treatment specialization, increasingly individualized treatment, and additional investments in staff training.

**Percentage of CD treatment
participants completing treatment**



*Percentage of inmates completing sex offender treatment programs:*
Research suggests that completion of prison-based sex offender treatment reduces recidivism upon release among those incarcerated for a sex offense: A recent study

---

[15] Because treatment is individualized, length of treatment is variable.

completed by the DOC showed that completion of prison-based sex offender treatment reduced the risk of rearrest by 27 percent for sexual recidivism, 18 percent for violent recidivism, and 12 percent for general recidivism.[16]

As discussed above, the department defines treatment success as either fully completing the program or successfully participating in the program until the offender is released from prison. Treatment completion among sex offender populations tends to be lower than for other programming types. There are likely several factors that influence completion rates for this population, including the types and extent of pathologies associated with this population along with the comprehensive and intensive nature of treatment. Staff also set a high bar for treatment success, given the unique nature of the risks presented by this population and the very high social costs of sexual recidivism.

The department also recognizes that treatment success and the associated reductions in recidivism are in everyone's best interest. As with substance abuse treatment, the department continues to make improvements in treatment design based on new research. Research has found increasing offender motivation in treatment can enhance overall treatment effectiveness and so the department has initiated motivational enhancement training for all of its treatment providers. That initiative will be fully implemented in FY14.

During this performance review period, completion rates varied from 46 percent in FY11 up to 55 percent in FY12. With the relatively small number of sex offender treatment admissions (compared, for instance, to substance abuse treatment admissions), year-over-year variability is expected. The most recent four-year period finds an average of approximately 50 percent.



**Percentage of sex offender treatment participants completing treatment**

**Release Planning Participation**
*Number of inmates completing pre-release classes:*
A three-day curriculum of pre-release classes and activities is offered at all DOC facilities. The curriculum covers housing, employment, personal identification

---

[16] Duwe, G. & Goldman, R. (2009). The Impact of Prison-Based Treatment on Sex Offender Recidivism: Evidence from Minnesota. *Sexual Abuse: A Journal of Research and Treatment, 21*, 279-307.

documents, health, transportation, family issues, living under supervision, and personal finance management. A pre-release handbook covering these topics is provided to every participating offender.

The number of pre-release class completers reached its peak in FY11, at 4,318. In FY11, the department began to offer pre-release programming to offenders in the minimum-custody units at MCF-Faribault and MCF-Stillwater. In FY12, the number of pre-release class completers returned to a figure comparable to the FY07 - FY10 numbers.



**Number of inmates completing pre-release classes**

*Number of state photo identification/driver's license applications processed:*
Most offenders do not have personal identification, such as a state photo identification card, when they are admitted to the DOC. Possession of personal identification documentation, however, is critical to every newly-released offender. The DOC has partnered with the Minnesota Department of Public Safety (DPS) to place photo identification equipment at most DOC facilities, enabling offenders to secure state photo identification cards or driver's license renewals close to their release date. Staff from various DPS driver services offices come to the facilities as needed and provide this service. The identification card or driver's license is then mailed to the facility for retention until the offender's release.

The number of state photo identification cards and driver's license applications processed has increased considerably from the 768 shown for FY07, reaching a peak of 1,555 during FY11.



**Number of state photo ID/driver's license applications processed**

| | | | | | |
|---|---|---|---|---|---|
| 768 | 1,139 | 1,111 | 1,377 | 1,555 | 1,156 |
| FY07 | FY08 | FY09 | FY10 | FY11 | FY12 |

## Recidivism

*Percentage of offenders convicted of a new felony and percentage reincarcerated for a new felony:*

The vision of the DOC is to contribute to a safer Minnesota. This is done through offender management within correctional facilities and under supervision in the community. Recidivism, or the rate at which offenders reoffend after they return to the community, is a key performance measure of public safety.

Recidivism is a statistic for which no single agency can take full credit or blame as many of the factors that impact recidivism are outside agency control. Overall economic health of the state or region, availability of local social services and support structure (including housing and employment), family support, and offender willingness to change criminal thinking and behavior are some of the variables that can impact recidivism.

In Minnesota, adult recidivism is calculated based on a three-year follow-up period after release from prison.[17] Since FY07, the adult recidivism rate has remained remarkably stable. The felony reconviction rate was 36 percent in FY11, and has varied only one percent up or down from that figure over the years shown. The felony reconviction and reincarceration rate varied between 25 percent and 26 percent between FY07 and FY11, ending at 26 percent in FY11.

---

[17] Although reported by fiscal year, rates are reported for offenders released in a calendar year. For example, FY09 rates are for offenders released from prison in calendar year 2006.

### Three-year adult recidivism rates



■ Reconviction with new felony   ☐ Reconviction and reincarceration

## Mission Goal:  Hold Offenders Accountable

Objectives for this goal address the fulfillment of court-ordered or statutory offender obligations as well as appropriate offender behavior.

**Program success rates**

*Percent change in functioning level for inmates participating in all educational programs (Basic Skills and ESL):*

For many offenders, improving literacy skills is necessary to become self-sufficient and to participate effectively as productive workers, family members, and citizens.  The department recognizes this fact and requires those offenders who do not have a verified GED or high school diploma to participate in literacy classes such as Basic Skills and ESL.  Progress in educational programming is expected of those mandated to enroll.

The combined percentage of Basic Skills and ESL participants who increased their functioning level was 30 percent in FY07 and 31 percent in FY08.  Since then, this percentage has increased to a high of 44 percent in FY11, while 41 percent of participants showed an increase in functioning level in FY12.

**Percent change in functioning level:
All educational programs**



*Percent change in functioning level for inmates participating in Basic Skills:*

As noted previously, students in Basic Skills functioning levels are preparing for their GED or high school diploma and/or are brushing up on targeted literacy skills such as math or reading.  In FY11, 44 percent of participants increased their Basic Skills functioning level, while in FY12 the figure declined slightly to 41 percent.

**Percent change in functioning level: Basic Skills**



*Percent change in functioning level for inmates participating in ESL:*
Students in the ESL functioning levels are working to increase their English speaking, listening, reading, and writing skills with the goal of advancing into a Basic Skills functioning level and eventually working toward attaining a GED or high school diploma. In FY11, 47 percent of ESL participants increased their functioning level, while 49 percent did so in FY12.

**Percent change in functioning level: ESL**



*Percentage of inmates completing chemical dependency treatment programs:*
Increasing completion rates holds offenders accountable to department directives while reducing the likelihood of reoffense. Evidence from an evaluation of the DOC's chemical dependency treatment program found a 27 percent reduction in recidivism with those offenders who successfully participated in treatment.[18]

The department defines treatment success as either fully completing the program or successfully participating in the program until the offender is released from prison.[19] In

---

[18] Duwe, G. (2010). Prison-based chemical dependency treatment in Minnesota: An outcome evaluation. *Journal of Experimental Criminology, 6,* 57-81.
[19] Because treatment is individualized, length of treatment is variable.

FY11, 71 percent of offenders who entered chemical dependency treatment successfully completed treatment, while in FY12 the completion rate was 66 percent.



**Percentage of CD treatment participants completing treatment**

*Percentage of inmates completing sex offender treatment programs:*
In FY11, 46 percent of sex offenders who entered sex offender treatment completed programming prior to release. This figure increased to 55 percent in FY12. Given the smaller number of sex offender treatment admissions, more year-to-year variability in completion rates is to be expected.



**Percentage of sex offender treatment participants completing treatment**

## Percentage of restitution paid by discharge from supervision

Restitution is the money a court orders an offender to pay to a victim to compensate for damages related to a crime such as property loss or damage, out-of-pocket medical or mental health treatment, participation in justice processes, and funeral costs. Restitution is part of an offender's criminal sentence and can help a victim feel that the criminal justice system is working on his or her behalf to ensure just compensation for losses. Restitution also helps hold an offender accountable for the crime he or she committed.

The department tracks the number of adults on felony-level supervision[20] with DOC agents and determines the percentage of these offenders who paid restitution in full by

---

[20] Includes offenders on probation as well as those on supervised release.

discharge. Since FY07, the percentage of offenders ordered to pay restitution who paid their restitution in full has dropped, from 88 to 79 percent. Much of the decline occurred between FY09 and FY10. Department personnel attribute at least some of the decline in this figure to the increase in unemployment as well as the increase in the use of revenue recapture by probation agencies. Although the latter actually may result in the collection of more restitution, restitution collected in this manner is not reflected in the data gathered by the department at this time.

**Percentage of restitution paid by discharge**

| | | | | | |
|---|---|---|---|---|---|
| 88% | 86% | 87% | 82% | 82% | 79% |
| FY07 | FY08 | FY09 | FY10 | FY11 | FY12 |

## Number of escapes from secure facilities

Ensuring that offenders remain securely confined while committed to the commissioner of corrections is central to the department's mission and the goal of holding offenders accountable. Through the proactive efforts of many DOC employees, the DOC has not had an escape from a secure facility in more than a decade.

**Escapes from secure facilities**



| | | | | | |
|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 |
| FY07 | FY08 | FY09 | FY10 | FY11 | FY12 |

## Percentage of fugitive level 3 sex offenders apprehended within 72 hours

The DOC's Fugitive Apprehension Unit, designated by statute as a law enforcement agency, locates and arrests DOC-warranted fugitives. Priority is given to apprehending

warranted fugitives who committed serious person offenses (e.g., level 3 sex offenders and offenders with loss-of-life convictions).

The Fugitive Apprehension Unit is increasing fugitive warrant sweeps in partnership with various law enforcement jurisdictions throughout Minnesota. The fugitive unit has increased networking with local, state, and federal law enforcement agencies by working cooperatively with the Minnesota Chiefs of Police Association in the development of regional liaisons with law enforcement agencies throughout the state.

The fugitive unit currently has a cooperative, 90-day rotating career enrichment program with a metro law enforcement agency to better enhance the fugitive investigative skills of uniformed patrol officers. Several fugitive unit members also work with the U.S. Marshals East Metro Task Force. A cooperative working relationship with the U.S. Marshals Office has enhanced fugitive apprehension efforts in-state as well as nationally. Recently, the agency also upgraded a fugitive website link where photos of most DOC-warranted fugitives can be seen by law enforcement and the public.

Efforts to apprehend fugitive level 3 sex offenders specifically were bolstered substantially in 2005 when the Minnesota Legislature provided funding to the DOC for a special investigator whose primary responsibility is to create a "hot file" on each level 3 sex offender. Six months prior to the release of each level 3 sex offender, this investigator begins collecting information from many sources, including court documents and pre-sentence investigation reports. This information, plus updates from supervising agents once the offender is released to the community, is entered into an electronic file that can be accessed immediately by the fugitive unit if the offender goes on fugitive status, providing investigators with access to information they need to begin searching for the offender within minutes of the offender becoming a fugitive. Without this electronic file, the onset of the search could be delayed by hours.

The DOC tracks data on the percentage of fugitive level 3 sex offenders apprehended within 72 hours of absconding. The agency has maintained a high apprehension rate. In fact, in each of the past three fiscal years between 96 and 97 percent of fugitive level 3 sex offenders were apprehended within 72 hours of absconding.

**Percentage of fugitive level 3 sex offenders apprehended within 72 hours**



## Percentage of offenders on Intensive Supervised Release (ISR) convicted of a new felony while under supervision

The ISR program was established by the legislature in 1990 (M.S. §244.12). The purpose of ISR is to protect the public by managing and intensely supervising high-risk offenders in the community. While serving their prison sentence, offenders are screened to determine if department policy requires that the offender be assigned to ISR upon release. These offenders remain on ISR until they successfully complete the program or until they reach sentence expiration.

ISR consists of four phases that allows for a gradual reduction in restrictions and supervision level as the offender successfully completes one phase and progresses on to the next. Phase I of ISR is very restrictive and includes a minimum of four face-to-face contacts each week, house arrest, electronic or Global Positioning System (GPS)[21] monitoring, as well as other requirements determined by the offender's personal and criminal history. Face-to-face contacts and house arrest are modified in Phases II and III, reflecting the progression of the offender to less restrictive sanctions and supervision. In Phase II, the minimum number of face-to-face contacts is reduced to two each week, and in Phase III, the number is reduced to one. In Phase IV, the minimum number of face-to-face contacts is two per month but the offender continues to abide by curfew. Throughout the entire program, offenders are required to be involved in constructive work or education for a minimum of 40 hours each week; agent contacts and drug and alcohol testing are random and unannounced. The department has a zero tolerance for drug or alcohol use, and violation of that or other program rules results in immediate sanctions.

---

[21] GPS monitoring utilizes elements of radio frequency in conjunction with the Department of Defense's GPS to identify an offender's location on a map. The offender wears a tamper-resistant bracelet that verifies its proximity to a GPS receiver that is placed in the offender's residence. Data on the offender's location is transmitted to the vendor responsible for monitoring the offender's location, and software routinely monitors the data to determine that the offender's movement is in accordance with his or her approved schedule.

The following chart shows the percentage of offenders released on ISR under the supervision of a DOC[22] agent who were violated for a new felony conviction while under supervision. Only a very small percentage of those under ISR supervision were convicted of a new felony — either one or two percent in each of the fiscal years examined.



**Percentage of offenders on ISR convicted of a new felony while on ISR**

| FY07 | FY08 | FY09 | FY10 | FY11 | FY12 |
|------|------|------|------|------|------|
| 2%   | 2%   | 1%   | 2%   | 2%   | 2%   |

---

[22] DOC agents provide ISR in all Minnesota counties except Anoka, Carlton, Cook, Dakota, Dodge, Fillmore, Hennepin, Koochiching, Lake, Olmsted, Ramsey, and St. Louis. Violations occurring in these counties are not included in these data.

## Mission Goal:  Provide Restorative Services for Victims

Objectives for this goal address providing restorative services to individual victims and the overall community following the commission of a crime.

### Percentage of restitution paid by discharge from supervision

As described previously, restitution is money the court orders an offender to pay to a victim to compensate for damages related to a crime; it is part of an offender's criminal sentence.  The department tracks the number of adults on felony-level supervision[23] with DOC agents and determines the percentage of these offenders who paid restitution in full by discharge.  Since FY07, the percentage of offenders ordered to pay restitution who paid their restitution in full has dropped from 88 to 79 percent.  Department personnel attribute at least some of the decline in this figure to the increase in unemployment as well as the increase in the use of revenue recapture by probation agencies.  Although the latter actually may result in the collection of more restitution, restitution collected in this manner is not reflected in the data gathered by the department at this time.

**Percentage of restitution paid by discharge**



| FY07 | FY08 | FY09 | FY10 | FY11 | FY12 |
|------|------|------|------|------|------|
| 88%  | 86%  | 87%  | 82%  | 82%  | 79%  |

### Increase victim/offender restorative opportunities

Restorative justice focuses on repairing the harm caused by crime.  Crime is viewed as a violation of the victim and the community in addition to the state.  As a result, the offender is accountable to the victim and the community.  Offenders are encouraged to right the wrong they committed and take action to repair the harm to the victim and the community while serving the sentence required by the state.

As the first state agency in the United States to support and advocate the use of restorative justice,[24] the department led the nation in the development and implementation of restorative justice approaches.  The DOC continues to work collaboratively with corrections colleagues, educators, social service providers, faith

---

[23] Includes offenders on probation as well as those on supervised release.
[24] Minnesota Department of Corrections
(http://www.doc.state.mn.us/publications/backgrounders/documents/RJbackgrounder.pdf )

communities, and community groups to encourage a more constructive way of thinking about crime and offender accountability.

The department has several options enabling communication between victims and offenders incarcerated in a state prison or on community supervision. Victim Offender Dialogue allows crime victims to meet face-to-face with an offender in a safe and structured environment; both victims and offenders receive intense preparation prior to the meeting. For those who do not wish or are unable to meet in person, video or audio exchanges also are available. Victims, Offenders, and Community – A Restorative Experience (VOCARÉ) enables victims, offenders, and community members to meet in a circle process to talk about the causes and consequences of crime. An offender also may write a letter of apology to the victim of his or her crime and, once approved by department staff, the letter is kept on file until the victim requests to receive it. Victim impact programming, which gives victims and survivors the opportunity to speak about their experiences to groups of offenders and department staff, also is available.

Notably, the victim must request to participate in these restorative justice processes. Many victims have not made such requests in the past primarily because they were not aware of the many options available to them. An important component of MN CHOICE, a web-based victim notification system, provides this information to those victims when they request notification. Specifically, MN CHOICE provides information on available restorative justice programs for victims when they access the system. In addition, MN CHOICE enables victims to select the programs they would like to participate in when they request notification or at any time after they have registered for notification.

MN CHOICE was completed and made available to victims in November 2010. The system has gone through one major enhancement and is the process of another. The first enhancement provided improved information regarding opportunities for victims to request to participate in both the offender apology letter and the Victim Offender Dialogue program. The goal of adding the information was to increase the requests from victims who may want to participate in these programs. (An additional component/goal was to increase offender participation in writing apology letters.)

The numbers do show an increasing number of victims that have requested to be notified in the event the offender writes an apology letter that has been approved for release. In 2011, 24 victims made this request through the MN CHOICE system; through the first ten months of 2012, 51 victims requested this notification.

The data also show an increasing number of victims requesting to participate in the Victim Offender Dialogue process. Four victims made this request via the MN CHOICE system in 2011. Through the first ten months of 2012, fifteen victims asked to participate.

Victim Assistance and Restorative Justice staff have provided several workshops with offenders explaining the opportunity to participate in the apology letter process. Offender participation has been increasing as a result. In 2011, 72 apology letters were

submitted to DOC staff for review, and 76 apology letters were submitted through the first ten months of 2012.  As noted above, an apology letter is received by the crime victim only if the victim requests this, and then only after review and approval by department staff.  Thus no victims received apology letters in 2011.  Through October 2012, two victims received apology letters and another was in process.

The current MN CHOICE enhancement in development will provide the opportunity for victims to request and view approved apology letters that are written to them.  This enhancement should be available for victims sometime in 2013.  It is anticipated that these enhancements will again increase participation on the part of victims.

Also under development is a MN CHOICE enhancement that will provide tracking of restitution and repayment plans for victims as well as providing a mechanism for victims to advise the DOC when they believe there has been a restitution order.  This will provide the ability to advise the county if the order has not been sent and provide the opportunity to increase restitution recovery when offenders are incarcerated and while under community supervision.

### Reduce response time for victim notification

In Minnesota, victims of crime have specific, post-conviction notification rights established by state statute.  Minnesota Statute §611A provides the right of a victim to be notified of an offender's release or escape from prison, apprehension following escape, and death.  The statute also provides a victim the right to know when an offender's custody status is reduced and he or she is transferred to a less-secure facility.  The only requirement of the victim is that he or she completes and returns to the department a written request for notification.

Historically, victim notification requests came to several offices and units of the department, depending on where the victim sent the request.  Notification requests were even sent to the individual correctional facilities; the offender for which the notification was requested was not always housed at the facility receiving the request.  The lack of a centralized point to which notification requests were sent resulted in lengthy delays in victim notification.  The elapsed time between the date the request was received and the date the victim received acknowledgement of his or her request ranged from 10 to 46 days.

In 2008, the department convened a process-improvement team to examine the outdated, paper- and time-intensive victim notification process.  The group determined that the current system was in need of significant updating and devised an immediate as well as long-term solution.  The immediate solution designated one location — the department's Victim Assistance program — as the point to which all victim notification requests are sent.  Employees in this program respond immediately to the notification request with a letter noting receipt of the request, information on where the offender is located, and the name of the offender's caseworker or supervising agent.  The centralization of this function reduced the time until the victim received an initial response from an average of 19 days to just one day if the request was received electronically and three days if the

request was received by mail.  The DOC has maintained these much-improved response times over the past biennium.

The long-term solution devised by the group required the development of a web-based, victim notification system, so the DOC and the Minnesota Department of Public Safety applied for and received a grant from the U.S. Department of Justice to develop and implement such a system.  The result is the MN CHOICE system, which as described above also provides means for crime victims to request participation in restorative opportunities.  The victim notification capabilities of MN CHOICE also became operational in 2010, completing the centralization of the victim notification process.

MN CHOICE enhances victim notification services by providing additional notifications not available before, such as notification when an offender's custody status changes while under community supervision.  An enhancement currently under development will provide a process for the DOC to advise prosecutors when an offender has been in DOC custody for 90 days without a notification request.  The prosecutor will then have the opportunity to contact the victim if they feel appropriate.  The goal is to increase victim notification requests by 25 percent in 2013.

### Number of Sentencing to Service (STS) offender hours worked
STS is a restorative justice program that holds non-dangerous offenders accountable while providing courts an alternative to traditional sentencing practices.  Created in the fall of 1986, STS is a sentencing option for judges throughout Minnesota that puts carefully selected non-violent offenders to work on community improvement projects as a condition of probation or in lieu of some, or all, of an offender's jail sentence.  Projects vary widely, ranging from wilderness trail development to shoveling out bus shelters and fire hydrants after winter storms.  STS crews also provide thousands of hours of service cleaning up roadside litter in an effort to promote a cleaner environment for all Minnesotans.

The department adapted the STS model to be used with offenders serving prison sentences.  In the spring of 1995, the department created the Institution/Community Work Crew (ICWC) program.  ICWC enables carefully screened, minimum-custody inmates to perform labor similar to that performed by STS crews.  A second program, the Institution/Community Work Crew Affordable Homes Program (ICWC/AHP), began in 1998 when the legislature appropriated $700,000 to build affordable homes for low-income families.  Both programs continue to operate successfully.

The number of STS offender work hours declined over the last six years.  In FY07 and FY08, approximately 1 million hours were worked, but the figure dropped to roughly 900,000 in FY09 and FY10.  Offender work hours dropped in these two years as budget cuts resulted in the department reducing the number of STS crews.  In a continuation of this trend, the number of STS offender hours worked declined to about 710,000 in FY11 and 670,000 in FY12, as fewer crew leaders resulted in fewer crews and offender hours worked.



**Number of STS offender hours worked  (in millions)**

| | | | | | |
|---|---|---|---|---|---|
| 0.98 | 1.02 | 0.90 | 0.89 | 0.71 | 0.67 |
| FY07 | FY08 | FY09 | FY10 | FY11 | FY12 |

## <u>Number of STS jail days saved</u>[25]

Throughout Minnesota, judges sentence offenders to STS as an alternative to jail or fines, in combination with jail time, or as a sanction of probation.  Subsequently, a primary benefit of STS is a reduction in the use of jail space.  Many STS offenders would occupy a jail bed if they were not out working in the community on an STS crew.  Thus, STS can help ease jail overcrowding as well as reserve space for more dangerous offenders who require incarceration in a jail.

The number of jails days averted as a result of the use of STS varies considerably from year to year, as shown in the following chart.[26]  The variation is due not only to fluctuations in the total number of offenders placed on STS but also the fluctuations in the sentencing practices of judges.  The number of jail days saved was greatest in FY09, at 71,000, but varied between 44,000 and 52,000 in the other years between FY07 and FY10.  In FY11 and FY12, the chart shows a savings of about 35,000 jail days resulting from the use of STS.  Notably, the figures starting in FY10 do not include data from these five counties who manage their own crews:  Blue Earth, Dakota, Rice, Scott, and Traverse.

---

[25] The figures for FY10 through FY12 do not include data from non-DOC funded STS programs as well as five DOC funded STS programs located in Blue Earth, Dakota, Rice, Scott, and Traverse counties.

[26] Number of STS jail days saved is rounded to the nearest 1,000 for this report.

**Number of STS Jail Days Saved**



## Cost savings of STS jail days saved[27]

The cost savings associated with the jail days saved because of STS is substantial each year. Using an average per diem of $55, the use of STS resulted in a cost savings in jail expenditures averaging nearly $3 million each fiscal year in the FY07 - FY10 timeframe. Despite reductions in the STS program in the past biennium, the use of STS has resulted in a cost savings of over $1.9 million in FY11 and FY12. Due to the missing data reported in the previous section, the actual cost savings for FY10 through FY12 are greater than shown in the figure.

**Cost savings of STS jail days saved (in millions)**



---

[27] The figures for FY10 through FY12 do not include data from non-DOC funded STS programs as well as five DOC-funded STS programs located in Blue Earth, Dakota, Rice, Scott, and Traverse counties.

**Value of labor of STS work completed**

Another significant benefit of the STS program is the labor the crews provide to various organizations, including a number of non-profits. Many of the projects the crews work on are labor-intensive, and many provide a direct benefit to the taxpayer by improving parks and other public areas. The department provides an estimate each year of the labor provided by STS crews, using the conservative figure of $6 per hour of labor.[28] During FY07 - FY10, the value of the labor provided by STS crews averaged over $5.6 million per year. Even with the reduced number of hours of STS labor in the past two fiscal years, the value of STS labor exceeded $4 million in FY11 and FY12.

**Value of labor of STS work completed (in millions)**



---

[28] STS workers are not paid for their labor.

## Mission Goal:  Engage Staff and Promote Workplace Safety

The performance measures for the mission goal *Engage Staff and Promote Workplace Safety* are key indicators of the department's ability to engage its staff and promote a safe work environment.

### Staff injury rate

The department recognizes that injuries to staff result in unacceptable losses in human and fiscal resources.  All DOC facilities meet the standards established by the Occupational Safety and Health Administration (OSHA), Minnesota Pollution Control Agency (MPCA), the Minnesota Department of Health (MDH), and other regulatory agencies.  The DOC continuously strives beyond compliance to strengthen our safety culture and reduce injuries at all levels to include staff, offenders, and others who work or visit our agency.  System improvements have contributed to a stronger safety culture, which supports MNSAFE (Minnesota Safety Accountability from Everyone), the Governor's state-wide safety initiative that challenges all state employees to reduce the rate of workplace injuries.  This can only be achieved if state agencies support safety as a core value in their organizational culture.  Further evidence of the DOC's dedication to safety is seen in the awards and recognitions that are given to the department.  Each year, the Minnesota Safety Council and the governor invite employers to participate in the Governor's Workplace Safety Awards.  Each employer submits several years of injury data, which is compared to state and national statistics, as well as information on their progress implementing a comprehensive safety program.  In May 2012, the MCF-Willow River/Moose Lake earned an outstanding achievement award.  Previous years have produced safety awards for many of our correctional facilities.  Safety achievements are also recognized internally with the Safety Excellence Award (SEA) program in its third year within the correctional facilities and starting its first year in the Community Services Division.  This event helps reduce injuries with goal setting, enhanced reporting, and recognition of best practices.

The workers' compensation claim incident rate is an indicator of an agency's claims experience — an approximation of the number of reportable claims[29] per year, per 100 full-time employees.  The rate fell from 6.0 in FY07 to 4.6 in FY11, a reduction of 23 percent.[30]

---

[29] A reportable claim is defined as a claim in which an employee seeks medical treatment, the agency accepts liability, and expenses are paid.
[30] FY12 data are not included in this report as these data will not be available until mid-2013.

**Workers' compensation claim incident rate**



FY06 5.1  FY07 6.0  FY08 6.0  FY09 5.1  FY10 5.3  FY11 4.6

## Accuracy in offender risk assessment completion

Use of a validated risk assessment tool is recognized as a fundamental aspect of the delivery of effective correctional services. Such tools assist corrections staff in determining the level of supervision required for offenders in the community as well as the criminogenic factors (e.g., employment, housing, or companions) that should be addressed while the offender is under supervision. Risk assessment tools can prevent corrections staff from dedicating too many resources to low-risk offenders, which prior research shows may actually increase the likelihood of reoffense while increasing correctional costs as well.

In 2001, the department began using two risk assessment tools: the Youth Level of Service/Case Management Inventory (YLS/CMI) for juvenile offenders and the Level of Service Inventory-Revised (LSI-R) for adults. Currently, DOC corrections agents complete a risk assessment prior to sentencing for felony-level adult and juvenile offenders. For offenders who receive a probation sentence, the results of the risk assessment are used by the corrections agent to determine the type of supervision required and the areas of concern that should be addressed while the offender is under supervision. For those who receive a prison sentence, LSI-R score is one factor considered when determining priority for sex offender and chemical dependency treatment as well as need for educational and vocational programming. Offenders are reassessed at established intervals or as needed.

In 2008, the department established a quality assurance workgroup for the purposes of assessing the scoring accuracy of department personnel who use the LSI-R and YLS/CMI. Test cases were written and scored by trainers for each assessment tool. Each case manager and corrections agent subsequently was asked to score the test cases using the appropriate assessment tool. The discrepancy between the correct assessment score and the score determined by each case manager and corrections agent was measured. The average scoring proficiency for the LSI-R was 83 percent, and the average scoring proficiency for the YLS/CMI was 82 percent. These baseline scores and the recommendations of the quality assurance workgroup were published in June 2009.

In response to these findings, quality assurance policies and practices were amended with an interest in improving the average scoring accuracy rate for each instrument. Subsequent testing in FY11 demonstrated marked improvement for both the LSI-R and YLS/CMI. The scoring proficiency accuracy for both instruments improved by 6 percent, to 89 percent and 88 percent respectively.

The department will complete its conversion to newer versions of these instruments in FY13. The LSI-R is being replaced by the Level of Services/Case Management Inventory (LS/CMI) and the YLS/CMI is being replaced with the YLS/CMI Version 2.0. Scoring accuracy testing will take place in the fourth quarter of FY13 on these instruments.

**Accuracy in LSI-R scoring**



**Accuracy in YLS/CMI scoring**



# Performance Measures Data Summary

| | FY07 | FY08 | FY09 | FY10 | FY11 | FY12 |
|---|---|---|---|---|---|---|
| **Provide Effective Correctional Services** | | | | | | |
| Number of escapes from secure facilities | 0 | 0 | 0 | 0 | 0 | 0 |
| Accuracy in offender risk assessment completion (LSI-R) | NA | NA | 83% | NA | 89% | NA |
| Number of inmate-on-staff assaults | 12 | 50 | 26 | 42 | 16 | 17 |
| Number of inmate-on-inmate assaults | 566 | 652 | 707 | 821 | 795 | 856 |
| Staff injury rate | 6.0 | 6.0 | 5.1 | 5.3 | 4.6 | NA |
| Percentage of inmates assigned | 87% | 85% | 81% | 83% | 84% | 83% |
| **Change Offender Behavior** | | | | | | |
| Number of inmates admitted to: | | | | | | |
| ➢ Educational programs | 7,900 | 8,199 | 8,416 | 9,155 | 9,046 | 9,072 |
| ➢ Chemical dependency (CD) treatment programs | NA | 1,357 | 1,317 | 1,597 | 1,226 | 1,229 |
| ➢ Sex offender treatment programs | NA | 197 | 198 | 166 | 216 | 205 |
| ➢ MCORP | NA | NA | 269 | 488 | NA | NA |
| Program success rates: | | | | | | |
| ➢ All education programs | 30% | 31% | 37% | 42% | 44% | 41% |
| ➢ Basic Skills | 30% | 31% | 36% | 41% | 44% | 41% |
| ➢ English as a Second Language (ESL) | 24% | 36% | 51% | 56% | 47% | 49% |
| ➢ Percentage of inmates completing CD treatment | NA | NA | 68% | 70% | 71% | 66% |
| ➢ Percentage of inmates completing sex offender treatment | NA | NA | 44% | 55% | 46% | 55% |
| Release planning participation: | | | | | | |
| ➢ Number of inmates completing pre-release classes | 3,095 | 3,443 | 2,982 | 3,921 | 4,318 | 3,449 |
| ➢ Number of state photo ID/DL applications processed | 768 | 1,139 | 1,111 | 1,377 | 1,555 | 1,156 |
| Recidivism: | | | | | | |
| ➢ Percentage of offenders convicted of a new felony | 36% | 37% | 37% | 35% | 36% | NA |
| ➢ Percentage of offenders reincarcerated for a new felony | 25% | 26% | 26% | 25% | 26% | NA |
| **Hold Offenders Accountable** | | | | | | |
| Program success rates: | | | | | | |
| ➢ All education programs | 30% | 31% | 37% | 42% | 44% | 41% |
| ➢ Basic Skills | 30% | 31% | 36% | 41% | 44% | 41% |
| ➢ ESL | 24% | 36% | 51% | 56% | 47% | 49% |
| ➢ Percentage of inmates completing CD treatment | NA | NA | 68% | 70% | 71% | 66% |
| ➢ Percentage of inmates completing sex offender treatment | NA | NA | 44% | 55% | 46% | 55% |
| Percentage of restitution paid by discharge | 88% | 86% | 87% | 82% | 82% | 79% |
| Number of escapes from secure facilities | 0 | 0 | 0 | 0 | 0 | 0 |
| Percentage of fugitive level 3 sex offenders apprehended within 72 hours | 94% | 89% | 89% | 97% | 96% | 97% |
| Percentage of offenders released on ISR convicted of a new felony | 2% | 2% | 1% | 2% | 2% | 2% |
| **Provide Restorative Services for Victims** | | | | | | |
| Percentage of restitution paid by discharge | 88% | 86% | 87% | 82% | 82% | 79% |
| Increase victim/offender restorative opportunities | NA | NA | NA | NA | NA | NA |
| Reduce response time for victim notification | NA | NA | NA | NA | NA | NA |
| Number of STS offender hours worked (in millions) | .98 | 1.02 | .90 | .89 | .71 | .67 |
| Number of STS jail days saved | 52,000 | 49,000 | 71,000 | 44,000 | 35,000 | 35,000 |
| Cost savings of STS jail days saved (in millions) | $2.86 | $2.69 | $3.90 | $2.39 | $1.91 | $1.93 |
| Value of labor of STS work completed (in millions) | $5.86 | $6.11 | $5.38 | $5.34 | $4.27 | $4.02 |

**Engage Staff and Promote Workplace Safety**

| | | | | | | |
|---|---|---|---|---|---|---|
| Staff injury rate | 6.0 | 6.0 | 5.1 | 5.3 | 4.6 | NA |
| Accuracy in offender risk assessment completion (LSI-R) | NA | NA | 83% | NA | 89% | NA |

# Section II
## Per Diem Information

The DOC's operational per diem is calculated in a manner relatively consistent with that used by many other states.  It includes general fund expenditures directly related to incarcerating offenders including facility management, security, food, clothing and linens, treatment and education programming, and medical and behavioral health.  This per diem often is used to compare costs between DOC facilities and other states.  The average adult operational per diem for FY12 was $84.59.

A second per diem is calculated to comply with M.S. 241.018, which requires the DOC to develop a uniform method to calculate an average department-wide per diem for incarcerating offenders at adult state correctional facilities.  In accordance with the statute, the per diem must include the operational per diem plus capital costs and 65 percent of the department's management services budget.  The DOC is unaware of any states that calculate a per diem using this formula, and it should not be used to compare costs with other jurisdictions.  The average statutory per diem for FY12 was $99.47.

In addition, M.S. 241.018 requires the DOC to develop a uniform method to calculate an average per diem for county and regional jails licensed by the department.  The statute requires that each jail submit to the department an annual per diem, calculated in accordance with the formula promulgated by the department, and that the department report these figures in the department performance report.  Figure 1 presents the jail per diem figures for CY11 as calculated by each county or regional jail.

### Figure 1
### CY11 Jail Per Diem Statistics[31]

| | Total Expenditures | Avg Daily Population (ADP) | Per Diem (Based on ADP) | Approved Capacity | Per Diem (Based on Capacity) | Operational Capacity |
|---|---|---|---|---|---|---|
| **Class I Facility (72 Hour Hold)** | | | | | | |
| Cook County | $540,379.14 | 1.93 | $767.09 | 15 | $98.70 | 80% |
| Murray County[32] | $725,882.39 | n/a | n/a | n/a | n/a | n/a |
| Norman County | $142,805.86 | 1.30 | $300.96 | 4 | $97.81 | 100% |
| **Total** | **$1,409,067.39** | **3.23** | | **19** | | |
| **Weighted average** | | | **$579.49** | | **$98.51** | |
| | | | | | | |
| **Class II Facility (90 Day Lockup)** | | | | | | |
| Kittson County | $736,716.97 | 2.46 | $820.49 | 6 | $336.40 | 85% |
| Lac Qui Parle County | $199,301.00 | 4.35 | $125.67 | 7 | $78.00 | 60% |
| Lake of the Woods County | $179,438.00 | 7.00 | $70.23 | 10 | $49.16 | 80% |
| Watonwan County | $460,757.52 | 9.18 | $137.51 | 20 | $63.12 | 80% |
| **Total** | **$1,576,213.49** | **22.99** | | **43** | | |
| **Weighted average** | | | **$187.88** | | **$100.43** | |
| | | | | | | |
| **Class III Facility (Jail)** | | | | | | |
| Aitkin County | $2,246,960.00 | 67.00 | $91.88 | 89 | $69.17 | 90% |
| Anoka County | $9,561,926.41 | 200.00 | $130.99 | 238 | $110.07 | 90% |
| Anoka County Workhouse | $3,173,251.14 | 133.17 | $65.28 | 240 | $36.22 | 100% |
| Becker County | $2,698,267.41 | 63.37 | $116.66 | 95 | $77.82 | 85% |
| Beltrami County | $2,854,405.00 | 103.00 | $75.93 | 166 | $47.11 | 90% |
| Benton County | $3,370,602.00 | 55.00 | $167.90 | 102 | $90.53 | 95% |
| Blue Earth County | $3,418,668.96 | 85.66 | $109.34 | 146 | $64.15 | 90% |
| Brown County | $1,468,805.89 | 23.10 | $174.20 | 56 | $71.86 | 80% |
| Carlton County | $1,359,671.00 | 48.00 | $77.61 | 48 | $77.61 | 80% |
| Carver County | $5,551,198.63 | 75.00 | $202.78 | 115 | $132.25 | 90% |
| Cass County | $1,483,834.00 | 14.96 | $271.74 | 60 | $67.75 | 80% |
| Chippewa County | $773,527.79 | 12.00 | $176.60 | 17 | $124.66 | 85% |
| Chisago County | $2,249,317.02 | 41.00 | $150.31 | 67 | $91.98 | 88% |
| Clay County | $2,531,759.00 | 74.00 | $93.73 | 96 | $72.25 | 75% |
| Clearwater County | $807,320.73 | 27.26 | $81.14 | 38 | $58.21 | 85% |
| Cottonwood County | $659,870.00 | 8.58 | $210.71 | 21 | $86.09 | 80% |
| Crow Wing County | $5,265,024.00 | 127.00 | $113.58 | 216 | $66.78 | 90% |
| Dakota County | $10,561,609.97 | 227.00 | $127.47 | 264 | $109.61 | 95% |
| Douglas County | $3,597,106.00 | 73.00 | $135.00 | 148 | $66.59 | 90% |
| Faribault County | $1,289,432.78 | 29.61 | $119.31 | 62 | $56.98 | 85% |
| Fillmore County | $886,341.00 | 16.38 | $148.25 | 24 | $101.18 | 80% |
| Freeborn County | $3,502,791.00 | 103.85 | $92.41 | 148 | $64.84 | 90% |
| Goodhue County | $4,987,218.14 | 60.00 | $227.73 | 60 | $227.73 | 90% |
| Houston County | $520,341.00 | 10.50 | $135.77 | 30 | $47.52 | 90% |
| Hubbard County | $2,176,471.00 | 36.30 | $164.27 | 60 | $99.38 | 90% |
| Isanti County | $2,813,553.57 | 65.00 | $118.59 | 111 | $69.44 | 85% |
| Itasca County | $3,184,910.00 | 70.00 | $124.65 | 107 | $81.55 | 89% |

[31] All figures self-reported by the facility.
[32] Murray County Jail did not house inmates during 2011, due to construction activities.

**Figure 1 (continued)**
**CY11 Jail Per Diem Statistics**

| | Total Expenditures | Avg Daily Population (ADP) | Per Diem (Based on ADP) | Approved Capacity | Per Diem (Based on Capacity) | Operational Capacity |
|---|---|---|---|---|---|---|
| Jackson County | $721,417.00 | 7.80 | $253.40 | 18 | $109.80 | 80% |
| Kanabec County | $1,565,528.83 | 36.90 | $116.24 | 60 | $71.49 | 85% |
| Kandiyohi County | $3,849,654.00 | 83.00 | $127.07 | 158 | $66.75 | 95% |
| Koochiching County | $826,089.72 | 13.00 | $174.10 | 30 | $75.44 | 80% |
| Lake County | $932,234.39 | 15.00 | $170.27 | 27 | $94.60 | 80% |
| Le Sueur County | $635,371.00 | 19.00 | $91.62 | 28 | $62.17 | 80% |
| Lincoln County | $948,233.00 | 2.65 | $980.34 | 15 | $173.19 | 80% |
| Lyon County | $1,768,622.99 | 47.10 | $102.88 | 88 | $55.06 | 85% |
| Marshall County | $328,991.30 | 8.41 | $107.18 | 15 | $60.09 | 86% |
| Martin County | $1,220,635.52 | 22.00 | $152.01 | 32 | $104.51 | 80% |
| McLeod County | $1,622,169.62 | 24.00 | $185.18 | 35 | $126.98 | 80% |
| Meeker County | $1,318,087.35 | 25.00 | $144.45 | 69 | $52.34 | 90% |
| Mille Lacs County | $3,499,385.66 | 79.00 | $121.36 | 147 | $65.22 | 85% |
| Morrison County | $1,923,396.00 | 45.00 | $117.10 | 141 | $37.37 | 90% |
| Mower County | $3,109,695.67 | 57.74 | $147.55 | 88 | $96.81 | 90% |
| Nicollet County | $1,395,334.44 | 25.00 | $152.91 | 34 | $112.44 | 80% |
| Nobles County | $2,305,242.00 | 39.54 | $159.73 | 80 | $78.95 | 90% |
| Olmsted County | $10,369,664.20 | 222.00 | $127.97 | 314 | $90.48 | 90% |
| Otter Tail County | $3,012,017.69 | 52.55 | $157.03 | 111 | $74.34 | 90% |
| Pennington County | $1,100,981.70 | 35.40 | $85.21 | 76 | $39.69 | 90% |
| Pine County Detention Center | $3,033,430.00 | 83.00 | $100.13 | 131 | $63.44 | 85% |
| Pipestone County | $353,635.00 | 9.71 | $99.78 | 19 | $50.99 | 80% |
| Redwood County | $442,349.00 | 16.70 | $72.57 | 21 | $57.71 | 80% |
| Renville County | $1,266,482.93 | 35.00 | $99.14 | 72 | $48.19 | 90% |
| Rice County | $1,886,341.00 | 41.00 | $126.05 | 71 | $72.79 | 80% |
| Roseau County | $1,042,345.82 | 13.46 | $212.17 | 52 | $54.92 | 80% |
| Scott County | $5,486,986.58 | 111.00 | $135.43 | 204 | $73.69 | 90% |
| Sherburne County | $15,425,749.46 | 431.47 | $97.95 | 662 | $63.84 | 95% |
| Sibley County | $843,107.00 | 11.89 | $194.27 | 19 | $121.57 | 80% |
| St. Louis County *(includes Hibbing & Virginia)* | $10,881,939.86 | 254.63 | $117.09 | 217 | $137.39 | 85% |
| Stearns County | $9,749,091.02 | 125.00 | $213.68 | 167 | $159.94 | 90% |
| Steele County | $4,394,209.66 | 70.00 | $171.98 | 94 | $128.07 | 90% |
| Swift County | $605,013.28 | 9.40 | $176.34 | 12 | $138.13 | 80% |
| Todd County | $691,685.15 | 18.00 | $105.28 | 52 | $36.44 | 80% |
| Traverse County | $299,870.70 | 7.92 | $103.73 | 11 | $74.69 | 70% |
| Wabasha County | $1,583,163.50 | 32.00 | $135.54 | 73 | $59.42 | 90% |
| Wadena County | $1,013,313.00 | 20.64 | $134.51 | 27 | $102.82 | 85% |
| Waseca County | $489,168.41 | 15.00 | $89.35 | 24 | $55.84 | 80% |
| Washington County | $8,685,207.00 | 165.00 | $144.21 | 228 | $104.36 | 95% |
| Wilkin County | $448,776.00 | 10.00 | $122.95 | 21 | $58.55 | 80% |
| Winona County | $2,145,967.00 | 59.00 | $99.65 | 83 | $70.84 | 90% |
| Wright County | $6,844,105.48 | 107.60 | $174.27 | 176 | $106.54 | 95% |
| Yellow Medicine County | $1,031,286.18 | 15.00 | $188.36 | 36 | $78.48 | 80% |
| **Total** | **$204,090,158.55** | **4,372.25** | | **6,862** | | |
| **Weighted average** | | | **$127.89** | | **$81.49** | |

**Figure 1 (continued)**
**CY11 Jail Per Diem Statistics**

| | Total Expenditures | Avg Daily Population (ADP) | Per Diem (Based on ADP) | Approved Capacity | Per Diem (Based on Capacity) | Operational Capacity |
|---|---|---|---|---|---|---|
| **Class IV Facility (Jail Annex)** | | | | | | |
| Bethel Work Release Center | $1,233,175.00 | 46.00 | $73.45 | 63 | $53.63 | 100% |
| **Total** | **$1,233,175.00** | **46.00** | | **63** | | |
| **Weighted average** | | | **$73.45** | | **$53.63** | |
| | | | | | | |
| **Class V Facility (Adult Detention Center)** | | | | | | |
| Hennepin County | $33,571,528.88 | 683.00 | $134.67 | 835 | $110.15 | 95% |
| Ramsey County | $19,857,417.92 | 357.00 | $152.39 | 494 | $110.13 | 95% |
| **Total** | **$53,428,946.80** | **1,040.00** | | **1,329** | | |
| **Weighted average** | | | **$140.75** | | **$110.14** | |
| | | | | | | |
| **Class VI Facility (Adult Correctional Facility)** | | | | | | |
| Hennepin County-Men | $13,457,386.30 | 422.00 | $87.37 | 399 | $92.40 | 95% |
| Hennepin County-North - Women | $2,954,059.08 | 92.00 | $87.97 | 68 | $119.02 | 95% |
| Hennepin County-North - Work Release | $4,342,781.50 | 162.00 | $73.44 | 172 | $69.17 | 100% |
| Northeast Regional Corrections Center | $5,355,784.14 | 129.00 | $113.75 | 150 | $97.82 | 100% |
| Northwest Regional Corrections Center | $3,634,410.24 | 123.62 | $80.55 | 200 | $49.79 | 95% |
| Ramsey County | $17,730,304.67 | 392.44 | $123.78 | 556 | $87.37 | 95% |
| **Total** | **$47,474,725.93** | **1,321.06** | | **1,545** | | |
| **Weighted average** | | | **$98.46** | | **$84.19** | |

# Section III
## Annual Performance Statistics

Until the development of the strategic plan, the DOC published yearly performance statistics that were meant to show performance in relation to the general goal of providing a "safe, secure, humane environment for staff and offenders." The DOC continues to integrate the strategic plan and performance statistics, and much of the information that used to be reported as performance statistics has been incorporated into the strategic plan. Because of this, the following section only contains information on adult and juvenile discipline convictions, facility capacity and population, information on the percentage of idle offenders, and MINNCOR's operating statistics.

**Figure 2**
**Number of Discipline Convictions and Incidents —**
**Adult Facilities[33]**

| | FY07 | FY08 | FY09 | FY10 | FY11 | FY12 |
|---|---|---|---|---|---|---|
| **Discipline Convictions[34]** | | | | | | |
| Assault of inmate | 482 | 551 | 608 | 700 | 677 | 775 |
| Assault of inmate causing harm | 47 | 65 | 58 | 73 | 80 | 52 |
| Assault of inmate with weapon | 25 | 27 | 32 | 45 | 27 | 23 |
| Assault of inmate with weapon causing harm | 12 | 9 | 9 | 3 | 11 | 6 |
| Assault of staff[35] | 75 | 107 | 70 | 90 | 81 | 71 |
| Assault of staff causing harm | 12 | 10 | 4 | 17 | 16 | 15 |
| Assault of staff with weapon | 15 | 23 | 15 | 32 | 11 | 11 |
| Assault of staff with weapon causing harm | 1 | 2 | 2 | 2 | 0 | 2 |
| Homicide[36] | 1 | 0 | 1 | 0 | 0 | 0 |
| Threatening others | 419 | 547 | 565 | 632 | 584 | 526 |
| Extortion | 13 | 25 | 34 | 25 | 20 | 28 |
| Holding hostage | 1 | 2 | 10 | 5 | 8 | 3 |
| Inciting to riot | 16 | 94 | 30 | 352 | 53 | 52 |
| Riot | 1 | 12 | 0 | 76 | 11 | 0 |
| Unlawful assembly/protest | 0 | 0 | 0 | 0 | 0 | 0 |
| Arson | 0 | 3 | 1 | 4 | 5 | 1 |
| Possession of liquor | 195 | 260 | 342 | 369 | 632 | 644 |
| Possession of drugs | 281 | 275 | 338 | 410 | 458 | 572 |
| Possession of weapon | 141 | 183 | 170 | 175 | 212 | 244 |
| Possession of money | 19 | 35 | 39 | 27 | 30 | 61 |
| Possess smuggling device | 31 | 18 | 34 | 46 | 35 | 33 |
| Possession of escape materials | 3 | 0 | 11 | 5 | 8 | 3 |
| **Incidents[37]** | | | | | | |
| Escape from secure facility | 0 | 0 | 0 | 0 | 0 | 0 |
| Escape from non-secure facility | 1 | 1 | 0 | 0 | 0 | 0 |
| Accidental death | 0 | 0 | 0 | 2 | 0 | 0 |
| Suicide | 0 | 2 | 3 | 2 | 2 | 3 |
| **TOTAL** | **1,791** | **2,251** | **2,376** | **3,092** | **2,961** | **3,125** |

---

[33] Figure 2 does not show the number of offenders convicted but, rather, the number of discipline infraction convictions. Some offenders are convicted of more than one infraction per incident. Discipline convictions for attempted infractions are excluded from the above data.

[34] Discipline conviction data except for homicide are from Correctional Operations Management System (COMS), the DOC data information system.

[35] Discipline conviction data on staff assaults do not correspond with staff assault data reported in Section I as the data in that section were obtained from OSI records on staff assaults referred for felony-level prosecution.

[36] Discipline convictions on homicide data are based on DOC OSI files.

[37] Incident data are from DOC OSI files and verified against COMS data.

**Figure 3**
**Number of Discipline Convictions and Incidents —**
**Juveniles at MCF-Red Wing[38]**

| | FY07 | FY08 | FY09 | FY10 | FY11 | FY12 |
|---|---|---|---|---|---|---|
| **Discipline Convictions** | | | | | | |
| Threatening others | 247 | 147 | 180 | 201 | 188 | 213 |
| Assault on inmate | 50 | 14 | 69 | 42 | 21 | 38 |
| Inciting to riot | 40 | 21 | 34 | 16 | 0 | 0 |
| Assault on inmate with bodily harm | 3 | 0 | 0 | 1 | 0 | 0 |
| Assault on staff | 24 | 14 | 15 | 13 | 4 | 5 |
| Assault on staff with bodily harm | 4 | 0 | 1 | 0 | 1 | 0 |
| Possession of weapons | 2 | 1 | 1 | 4 | 2 | 5 |
| Assault on staff with weapons | 2 | 0 | 0 | 0 | 5 | 3 |
| Possession of alcohol | 1 | 1 | 0 | 0 | 0 | 0 |
| Possession of drugs | 2 | 5 | 1 | 3 | 2 | 3 |
| Arson | 0 | 0 | 0 | 0 | 0 | 0 |
| Assault on inmate with weapon | 1 | 4 | 0 | 0 | 2 | 3 |
| Assault on staff with weapon and bodily harm | 0 | 0 | 0 | 0 | 0 | 0 |
| Assault on inmate with weapon and bodily harm | 0 | 0 | 0 | 0 | 0 | 0 |
| Extortion | 0 | 1 | 0 | 0 | 0 | 0 |
| Possession of money | 0 | 0 | 0 | 0 | 0 | 0 |
| Possession of smuggling device | 0 | 0 | 0 | 0 | 0 | 0 |
| Possession of escape materials | 2 | 3 | 0 | 0 | 0 | 0 |
| Holding hostages | 0 | 0 | 0 | 0 | 0 | 0 |
| Riot | 0 | 0 | 0 | 0 | 0 | 0 |
| Unlawful assembly | 2 | 0 | 0 | 0 | 0 | 2 |
| **Incidents** | | | | | | |
| Escape from secure facility | 0 | 4 | 0 | 0 | 0 | 0 |
| Escape from non-secure facility | 21 | 23 | 10 | 9 | 0 | 0 |
| Accidental death | 0 | 0 | 0 | 0 | 0 | 0 |
| Suicide | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL** | **401** | **238** | **311** | **289** | **225** | **272** |

---

[38] Figure 3 does not show the number of offenders convicted but, rather, the number of discipline infraction convictions.  Some offenders are convicted of more than one infraction per incident.

## Figure 4
## Offender Capacity and Population by Facility and Date

| FACILITY | 07/01/2008 Capacity | 07/01/2008 Population | 07/01/2009 Capacity | 07/01/2009 Population | 07/01/2010 Capacity | 07/01/2010 Population | 07/01/2011 Capacity | 07/01/2011 Population | 07/01/2012 Capacity | 07/01/2012 Population |
|---|---|---|---|---|---|---|---|---|---|---|
| Stillwater | 1,416 | 1,404 | 1,416 | 1,448 | 1,616 | 1,606 | 1,616 | 1,590 | 1,616 | 1,618 |
| Lino Lakes | 1,300 | 1,303 | 1,310 | 1,274 | 1,310 | 1,300 | 1,310 | 1,286 | 1,310 | 1,318 |
| Oak Park Heights | 438 | 435 | 438 | 437 | 438 | 441 | 438 | 445 | 438 | 435 |
| Moose Lake[39] | 774 | 773 | 774 | 780 | 1,029 | 1,024 | 1,029 | 1,014 | 1,029 | 1,029 |
| St. Cloud | 1,010 | 1,003 | 1,010 | 972 | 1,010 | 1,001 | 1,010 | 973 | 1,010 | 1,037 |
| Faribault | 1,258 | 1,248 | 2,005 | 1,991 | 2,005 | 2,009 | 2,005 | 2,001 | 2,005 | 2,006 |
| Rush City | 988 | 982 | 988 | 987 | 988 | 990 | 988 | 985 | 988 | 982 |
| Red Wing Adults | 37 | 37 | 45 | 42 | 42 | 42 | 42 | 44 | 42 | 43 |
| Willow River (CIP) | 120 | 105 | 120 | 116 | 177 | 178 | 177 | 171 | 177 | 172 |
| Total Male | 7,341 | 7,290 | 8,106 | 8,047 | 8,615 | 8,591 | 8,615 | 8,509 | 8,615 | 8,640 |
| | | | | | | | | | | |
| Shakopee | 549 | 540 | 641 | 572 | 641 | 569 | 641 | 576 | 630 | 613 |
| Togo (CIP) | 24 | 23 | 24 | 22 | 24 | 28 | 24 | 28 | 30 | 30 |
| Total Female | 573 | 563 | 665 | 594 | 665 | 597 | 665 | 604 | 660 | 643 |
| *Total Adult Facility Capacity/Population* | **7,914** | **7,853** | **8,771** | **8,641** | **9,280** | **9,188** | **9,280** | **9,113** | **9,275** | **9,283** |
| Red Wing Juvenile (male)[40] | 176 | 120 | 219 | 125 | 219 | 111 | 189 | 90 | 189 | 127 |
| *Total Adult & Juvenile Facility Capacity/Population* | **8,090** | **7,973** | **8,990** | **8,766** | **9,499** | **9,299** | **9,469** | **9,203** | **9,464** | **9,410** |
| Work Release | | 176 | | 175 | | 227 | | 186 | | 185 |
| ICWC/Jail | | 36 | | 40 | | 44 | | 39 | | 33 |
| Contracted | | 1,161 | | 497 | | 191 | | 0 | | 0 |
| Total Other Adult | | 1,373 | | 712 | | 462 | | 225 | | 218 |
| *Total Adult Population* | | **9,226** | | **9,353** | | **9,650** | | **9,338** | | **9,501** |
| *Total Adult & Juvenile Population* | | **9,346** | | **9,478** | | **9,761** | | **9,428** | | **9,628** |

---

[39] The 7/1/2010 increase in MCF-Moose Lake capacity and population was largely due to the DOC resuming control of a housing unit from DHS.
[40] Capacity figures for MCF-Red Wing juveniles represent licensed capacity.

**Figure 5**
**Percent of Idle Adult Offenders by Date**[41]

| July → | 2009 | | | 2010 | | | 2011 | | | 2012 | | |
| FACILITY | Population | Unassigned Offenders | % Idle | Population | Unassigned Offenders | % Idle | Population | Unassigned Offenders | % Idle | Population | Unassigned Offenders | % Idle |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stillwater | 1,447 | 325 | 22% | 1,613 | 310 | 19% | 1,587 | 270 | 17% | 1,616 | 321 | 20% |
| Lino Lakes | 1,285 | 147 | 11% | 1,311 | 170 | 13% | 1,293 | 155 | 12% | 1,318 | 144 | 11% |
| Shakopee | 577 | 63 | 11% | 572 | 57 | 10% | 574 | 17 | 3% | 613 | 61 | 10% |
| Oak Park Hts. | 440 | 60 | 14% | 445 | 43 | 10% | 444 | 26 | 6% | 435 | 70 | 16% |
| Moose Lake | 779 | 74 | 9% | 1,029 | 91 | 9% | 1,025 | 119 | 12% | 1,029 | 102 | 10% |
| St. Cloud | 955 | 169 | 18% | 1,032 | 180 | 17% | 976 | 185 | 19% | 1,037 | 237 | 23% |
| Rush City | 990 | 231 | 23% | 995 | 225 | 23% | 986 | 243 | 25% | 982 | 265 | 27% |
| Faribault | 2,003 | 548 | 27% | 2,008 | 505 | 25% | 2,001 | 464 | 23% | 2,006 | 395 | 20% |
| WR/CIP | 137 | 0 | 0% | 176 | 0 | 0% | 171 | 0 | 0% | 172 | 0 | 0% |
| Togo/CIP | 22 | 0 | 0% | 28 | 0 | 0% | 28 | 0 | 0% | 30 | 0 | 0% |
| Red Wing | | | | | | | 43 | 0 | 0% | 43 | 0 | 0% |
| **TOTAL** | **8,635** | **1,617** | **19%** | **9,209** | **1,581** | **17%** | **9,128** | **1,479** | **16%** | **9,281** | **1,595** | **17%** |

❑ MCF-Faribault had the highest percentage of idle offenders in 2009 (27%) and 2010 (25%). In 2011 and 2012, MCF-Rush City had the highest percentage of idle offenders, at 25 percent and 27 percent respectively.

❑ MCF-Red Wing and both CIP boot camp programs (Willow River and Togo) reported no idle adult offenders.

---

[41] Idle offenders are those who are capable of working but have not been assigned or are on average assigned less than three hours per day, have been terminated from their assignments, or have refused an assigned placement. Facility population figures are the count of inmates classified as "on grounds".

**Figure 6**
**MINNCOR Operating Statistics by Fiscal Year**

| | FY07 | FY08 | FY09 | FY10 | FY11 | FY12 |
|---|---|---|---|---|---|---|
| Inmates Assigned | 1,378 | 1,265 | 1,204 | 1,316 | 1,291 | 1,363 |
| Total Revenues (Operating and Non-Operating) | $38,445,854 | $35,779,445 | $36,330,951 | $35,489,552 | $38,385,285 | $40,247,527 |
| Total Expenses | ($36,706,788) | ($33,148,509) | ($35,352,972) | ($33,366,341) | ($35,493,052) | ($35,415,450) |
| Operating Subsidy | $0 | $0 | $0 | $0 | $0 | $0 |
| Net Income[42] | $1,739,066 | $2,630,936 | $977,979 | $2,123,211 | $2,892,233 | $4,832,077 |

FY03 was the first year that MINNCOR obtained self-sufficiency with no reliance on an operating subsidy from the State of Minnesota. Through cost-cutting measures and process improvement principles, MINNCOR has been able to increase profitability.

---

[42] Net income listed here does not reflect legislatively-mandated MINNCOR payments to the state's general fund of $1,574,000 in FY10, $2,178,218 in FY11 and $600,000 in FY12.

# Section IV
## Adult Recidivism Update

Section IV provides an update of the three-year, post-release felony reconviction and reincarceration rates for offenders released from an adult facility between 2002 and 2008. Rates for those released in 2007 or 2008 are disaggregated by gender and original offense.

**Figure 7**
**Felony Reconviction Rates Up to Three Years Post-Release**
**2002 – 2008**



Figure 7 shows stable one-, two-, and three-year reconviction rates over the years charted. The one-year reconviction rate has varied between 12 and 14 percent in each of the last seven years. Two-year reconviction rates have fluctuated between 25 percent and 27 percent, and three-year reconviction rates have remained between 35 to 37 percent over these seven years.

**Figure 8
Felony Reincarceration Rates Up to Three Years Post-Release
2002 – 2008**



Since 2002, roughly one-fourth of offenders released each year have returned to prison with a new felony conviction within three years of release. Two-year return rates have fluctuated between 17 and 19 percent during this time period, and one-year return rates remain between 8 and 9 percent.

### Figure 9
### Gender of Offenders Released in 2007 and 2008



The majority of offenders (91%) released in 2007 and 2008 were male.

### Figure 10
### Recidivism Rates for Male Offenders
### Three Years Post-Release
### 2007 – 2008



The percentage of male offenders reconvicted or reincarcerated increased slightly from 2007 to 2008. For males released in 2007, the three-year reconviction rate was 36 percent, and the reincarceration rate was 26 percent. Both of these rates increased by one percent for males released in 2008.



The percentage of female offenders reconvicted increased slightly between 2007 and 2008, from 26 percent to 28 percent. The reincarceration rate for females increased from 16 percent to 17 percent over this period.

**Figure 12**
**Original Offense**
**2007 – 2008**



Just over one-fourth (26%) of the population originally was incarcerated for a drug offense, either methamphetamine or another drug. Offenders originally imprisoned for a property offense comprised one-fourth (25%) of the population released in 2007-2008, and 21 percent originally were imprisoned for a person offense. Ten percent originally were incarcerated for a sex offense.

## Figure 13
## Recidivism Rates by Original Offense
## Three Years Post-Release
## 2007 – 2008



Close to half (47%) of property offenders released in 2007-2008 were convicted of a felony-level crime within three years of their original release. Forty-one percent of those originally convicted of an offense categorized as "other"[43] were reconvicted within three years of release. Over one-third of person and other drug (non-methamphetamine) offenders were reconvicted within three years of release.

Property offenders also were most likely to be returned to prison as either a new court commitment or a release return with a new sentence; 36 percent of property offenders released in 2007-2008 were reincarcerated within three years of their release for a new offense. Thirty percent of those originally convicted of an offense categorized as "other" were reincarcerated within three years of release, and 27 percent of person offenders were reincarcerated within three years of release. Those offenders originally incarcerated for a sex offense were the least likely to be reconvicted or reincarcerated for a new offense.

---

[43] The majority of the offenses in this category are weapon-related offenses, failure to register as a predatory offender, and escape.

# Section V
## Juvenile Recidivism Update

Section V provides three-year, post-release reincarceration rates for 211 juvenile offenders released from the MCF-Red Wing in 2007 and 2008.  For purposes of this section, reincarceration is defined as incarceration in an adult male Minnesota correctional facility (MCF) for a felony-level offense.

Rates are disaggregated by age at commitment and race/ethnicity.  Recidivism rates for girls are not included in the charts which follow, because the sample included only two juvenile girls, none of whom were reincarcerated within three years of release.



**Figure 14**
**Reincarceration Rates**
**Up to Three Years Post-Release**

About ten percent of the juvenile offenders released from the MCF-Red Wing in 2007 or 2008 were incarcerated in an adult MCF for a felony offense within one year of release. Within three years of release, 30 percent of the calendar year 2007 releases were reincarcerated, while 38 percent of those released in 2008 were reincarcerated.

**Figure 15**
**Reincarceration Rates by Age at Commitment**
**Up to Three Years Post-Release**



Two-year and three-year recidivism rates were lowest among juveniles who were committed to the MCF-Red Wing when they were 16 or 17 years old.

**Figure 16**
**Reincarceration Rates by Race/Ethnicity**
**Up to Three Years Post-Release**



At each follow-up interval, the reincarceration rate was highest for African American juveniles, and second-highest for American Indian juvenile offenders. The numbers of Hispanic and Asian offenders in the sample are too small to make meaningful observations.

# Section VI
## Mental Health Services

## Overview

The department provides a range of services to address the mental health needs of offenders including support services, self-help groups and professional interventions for brief illness, situational adjustment, acute episodes of a chronic illness, or the ongoing management of that illness. Completion numbers, in the form of discharge data, are included for the specialty and residential mental health programs, including the Supportive Living Services (SLS) units located at MCF-Faribault, MCF-Lino Lakes, MCF- Rush City, and MCF- Stillwater; the Women of Wellness Unit at MCF-Shakopee, and the Mental Health Unit (MHU) at MCF-Oak Park Heights. Completion rates are not included for mental health services since there is typically no "completion" of on-going mental health care.

The information provided is drawn from the data entered into COMS and from other operational reporting systems of the Health Services Unit. Information about "mental health encounters" is entered into the COMS system by treatment staff and includes information such as diagnosis, type of service provided, location of service, and provider information. COMS encounters are the primary source of information for this report. Information on psychiatric services is not yet collected in the same way and therefore is not available for summary and analysis. The Health Services Unit is working on a proposal to purchase and implement an Electronic Health Record system in accordance with a legislative mandate prior to 2015. When this system is in place, additional data reporting will be feasible.

## Types of Mental Health Services

Mental health programs and services are available at all correctional facilities. All facilities provide:

- Assessment
- Self-help and informal groups
- Outpatient mental health services
- Mental health release planning for offenders with serious and persistent mental illnesses (SPMI)

Additional services are provided at some facilities:

- Supportive living services programs (defined later in this report)
- Residential-level mental health services

### Intake Assessments

All incoming offenders are screened during intake to determine treatment needs and future placement. Adult males are screened at MCF-St. Cloud with the exception of release violators who are screened at MCF-Lino Lakes and MCF-Rush City. Adult

females are screened at MCF-Shakopee. Screenings include a brief assessment consisting of an interview with mental health staff. Screens positive for mental health concerns trigger a more in-depth assessment to determine the need for future services during incarceration and appropriate referrals (i.e., psychiatry).

## Self-Help and Informal Groups

Self-help groups are available and fostered at all sites. Typically these activities occur during offender non-work hours and are facilitated by volunteers. The number and types of groups varies widely by facility and local interest. Groups most often occur on a weekly basis and are usually small, with 5 to 15 attendees, although a few groups may grow much larger based on a specific topic or area of interest. This category of groups include Alcoholics Anonymous, Narcotics Anonymous, Gamblers Anonymous, Anger Management, Alternatives to Violence, grief support, self-awareness, personal empowerment, meditation, Critical Thinking, anxiety support, depression support, parenting, Families in Focus, resiliency, relationships, healthy boundaries, victim and anti-violence support, religious or spiritual support groups like Bible study, Sweat Lodges, and others.

## Outpatient Services

Mental health personnel are located at all facilities. Services are provided through both individual and group treatment sessions. Mental health release planning services also are provided. Some "non-contact" services also are tracked and summarized in this report.

> **Individual encounters** include *brief assessments* (an interview and review of the mental health file); *intermediate assessments* (an interview and review of collateral data); *full assessments* (an interview, review of collateral data, and administration of psychological testing); *individual therapy*; *segregation interventions* to monitor offender status; *crisis intervention* elicited by an emergency need; or a *mental health intervention,* which may deal with a non-emergent need associated with mental illness like a work situation or due process concern.

> **Group therapy** is an efficient treatment modality and is effective for many disorders. Group therapy is provided by DOC treatment staff as part of a formal treatment plan.

> **Release planning** includes in-person and associated activities related to the release and reintegration planning for offenders with serious mental illnesses. Release and reintegration services are also available for offenders completing substance abuse and sex offender treatment programs. Non-contact activities are those that are related to the provision of mental health services for offenders but do not involve in-person contact.

# Assessment and Treatment Activity

In FY12, 15,126 offenders resided in a Minnesota Correctional Facility during the course of the year (Figure 17). Sixty-seven percent of those individuals had a coded "encounter" with a mental health staff in either a group or individual contact. One in ten offenders participated in at least one group therapy session, and nearly one in four had at least one individual therapy session with one of the department's mental health staff.

**Figure 17**
**Mental Health Assessment, Therapy, or Treatment**
**in MN Correctional Facilities**

| | FY06 | FY07 | FY08 | FY09 | FY10 | FY11 | FY12 |
|---|---|---|---|---|---|---|---|
| Total number of prison admissions[44] | 13,056 | 13,621 | 13,920 | 14,103 | 14,817 | 15,117 | 15,126 |
| a. Offenders receiving/participating in assessment, therapy, or treatment (group or individual) | 8,535 | 8,798 | 8,914 | 8,667 | 9,689 | 9,896 | 10,145 |
| Percent of total offenders | 65% | 65% | 64% | 61% | 65% | 65% | 67% |
| b. Offenders receiving individual assessment, therapy, or treatment (included in line a) | 8,350 | 8,515 | 8,636 | 8,469 | 9,489 | 9,664 | 9,981 |
| Percent of total offenders | 64% | 63% | 62% | 60% | 64% | 64% | 66% |
| c. Offenders receiving individual therapy sessions (included in lines a and b) | 2,459 | 2,651 | 2,533 | 2,868 | 3,363 | 3,668 | 3,574 |
| Percent of total offenders | 19% | 19% | 18% | 20% | 23% | 24% | 24% |
| d. Offenders participating in group therapy sessions (included in line a) | 1,312 | 1,366 | 1,214 | 1,207 | 1,523 | 1,615 | 1,569 |
| Percent of total offenders | 10% | 10% | 9% | 9% | 10% | 11% | 10% |

The number of offenders admitted in FY12 increased by nearly 1,000 over the prior performance period (FY10). There has been an increase of over 2,000 admissions from FY06. These increases are partly the result of a legislative policy change to increase the short-term offenders in DOC facilities along with an overall increase in population.

---

[44] This figure reflects the total number of offenders residing in a DOC facility at any given point during the course of a given fiscal year. This number is higher than the Department's annual population and represents the total number of offenders entering and residing in the prison system who must be screened for services, regardless of length of stay.

**Figure 18**
**Individual Mental Health Therapy Sessions of Offenders**

|  | FY06 | FY07 | FY08 | FY09 | FY10 | FY11 | FY12 |
|---|---|---|---|---|---|---|---|
| Total number of sessions reported | 10,872 | 9,852 | 8,803 | 9,855 | 13,877 | 14,945 | 15,031 |
| Minimum number of sessions received by an offender | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Maximum number of sessions received by an offender | 135 | 59 | 61 | 63 | 205 | 171 | 102 |
| Average (mean) number of sessions | 4.4 | 3.7 | 3.2 | 3.4 | 4.0 | 4.1 | 4.2 |
| Midpoint (median) number of sessions | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Most frequently occurring (modal) number of sessions | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

As shown in Figure 18, mental health staff conducted and coded 15,031 individual therapy sessions in FY12. The number of sessions held with an individual offender ranged from 1 to 102. The most frequently occurring number of sessions held per offender was one, and the mean number of sessions was four.

As in prior years, a relatively small percentage of offenders with significant mental illness accounted for a substantial portion of all sessions provided. This phenomenon is common in other systems, and the department has been working to provide sufficient resources for this "high needs" portion of our prison population. The expansion of the Supportive Living Services (SLS) programs represents one of those efforts (described below). Figure 19 shows the volume of individual therapy sessions provided for the offenders who comprise the top "15 percent," by number, of individual treatment sessions coded for the year. These "heavy users" are typically residents in the MHU at Oak Park Heights and/or residents in one of the SLS units. The following table shows that these users of individual therapy historically have accounted for approximately 50 percent of all individual therapy sessions.

**Figure 19**
**Top 15 Percent of Offenders by Number of Individual Therapy Sessions**

|  | FY06 | FY07 | FY08 | FY09 | FY10 | FY11 | FY12 |
|---|---|---|---|---|---|---|---|
| Total number of "heavy user" offenders (subset of preceding table) | 371 | 368 | 375 | 434 | 475 | 522 | 484 |
| Number of individual sessions reported for heavy users | 6,177 | 4,660 | 3,677 | 4,946 | 7,104[45] | 7,279 | 6,895 |
| Percent of all individual sessions | 57% | 47% | 42% | 50% | 51% | 49% | 46% |

---

[45] The increase from FY09 reflects the addition of Mental Health Unit encounters.

## Diagnoses

Figure 20 shows the diagnostic class and diagnosis for the "top 15" diagnoses. This information is documented by mental health personnel in COMS after contact with offenders. Multiple diagnoses are common, thus an offender may be included in more than one diagnostic count (e.g. Antisocial Personality Disorder and Major Depressive Disorder); however, offenders are counted only once in each of the diagnostic categories no matter how many times it was entered.

**Figure 20**

**Mental Illness Prevalence in Minnesota Correctional Facilities**
**The Top 15 Diagnoses Cited in Mental Health Encounters[46]**

| Diagnostic Class<br>Diagnosis | FY09 | Rate per 1,000 | FY10 | Rate per 1,000 | FY11 | Rate per 1,000 | FY12 | Rate per 1,000 |
|---|---|---|---|---|---|---|---|---|
| Total number of prison admissions | 14,103 | | 14,817 | | 15,117 | | 15,126 | |
| **Adjustment Disorders** | | | | | | | | |
| Adjustment disorder with depressed mood | 100 | 7.1 | 96 | 6.5 | 102 | 6.7 | 95 | 6.3 |
| Adjustment disorder with anxiety and depressed mood | 153 | 10.8 | 180 | 12.1 | 165 | 10.9 | 140 | 9.3 |
| **Personality Disorders** | | | | | | | | |
| Antisocial personality disorder | 1,115 | 79.1 | 1,155 | 78.0 | 1,269 | 83.9 | 1269 | 83.9 |
| Borderline personality disorder | 145 | 10.3 | 162 | 10.9 | 196 | 13.0 | 201 | 13.3 |
| Personality disorder NOS | 343 | 24.3 | 340 | 22.9 | 368 | 24.3 | 339 | 22.4 |
| **Anxiety Disorders** | | | | | | | | |
| Anxiety disorder NOS | 187 | 13.3 | 266 | 18.0 | 358 | 23.7 | 411 | 27.2 |
| Post-traumatic stress disorder | 175 | 12.4 | 201 | 13.6 | 215 | 14.2 | 213 | 14.1 |
| Generalized anxiety disorder | 115 | 8.2 | 130 | 8.8 | 168 | 11.1 | 180 | 11.9 |
| **Schizophrenia Disorders** | | | | | | | | |
| Schizoaffective disorder | 99 | 7.0 | 111 | 7.5 | 102 | 6.7 | 103 | 6.8 |
| **Mood Disorders** | | | | | | | | |
| Depressive disorder NOS | 455 | 32.3 | 507 | 34.2 | 540 | 35.7 | 580 | 38.3 |
| Dysthymic disorder | 303 | 21.5 | 265 | 17.9 | 272 | 18.0 | 251 | 16.6 |
| Major depressive disorder | 117 | 8.3 | 111 | 7.5 | 107 | 7.1 | 96 | 6.3 |
| Major depressive disorder, recurrent | 296 | 21.0 | 316 | 21.3 | 335 | 22.2 | 370 | 24.5 |
| Mood disorder NOS | 149 | 10.6 | 202 | 13.6 | 213 | 14.1 | 228 | 15.1 |
| **Sexual & Gender Identity Disorders** | | | | | | | | |
| Pedophilia | 132 | 9.4 | 110 | 7.4 | 105 | 6.9 | 94 | 6.2 |
| **Additional Conditions** | | | | | | | | |
| Sexual abuse of a child[47] | 368 | 26.1 | 417 | 28.1 | 361 | 23.9 | 337 | 22.3 |

Note:  NOS is an abbreviation for "not otherwise specified"

---

[46] Encounters are assessments, therapy, interventions, and sessions explained in the preceding narrative.
[47] "Sexual Abuse of a Child" is included in the Diagnostic and Statistical Manual of Mental Disorders (DSM) in the category of "Problems Related to Abuse or Neglect."  It is not a disorder but is included in the figure because the department provides sex offender-specific treatment.

# Pain Management Teams

In FY09, a multidisciplinary group of staff from behavioral health services, medical, health services, and physical therapy convened and developed a new programming approach for working with offenders with severe chronic pain based on treatment models developed in the community. Utilizing existing staffing resources, the new program was designed to work with offenders having the most severe chronic pain to help them better manage their symptoms utilizing a coordinated multi-disciplinary approach along with professional evidence-based treatment. The program involves having mental health, nursing, physical therapy staff, and medical practitioners work together in facility Pain Management Teams (PMTs) to collaboratively assess, plan, and implement these specialty services for offenders. The components of the program include assessment, psycho-educational materials, group and individual psychotherapy, physical therapy, and medication management.

The MCF-Shakopee program was the first to begin these services, and participation information for the women's program is presented in Figure 21.

**Figure 21**
**MCF-Shakopee Pain Management Program Statistics**

|  | FY09 | FY10 | FY11 | FY12 |
|---|---|---|---|---|
| Number of beds[48] | 6 | 10 | 10 | 10 |
| Number of admissions | 32 | 62 | 45 | 49 |
| Number of discharges | 20 | 66 | 48 | 23 |
| Percent occupancy | 80% | 96% | 92% | 163% |
| Average daily census | 4.8 | 9.6 | 9.2 | 16.3 |
| Average length of stay (in days) | 60 | 57 | 52 | 62 |

# Supportive Living Services

Supportive Living Services units (SLS) provide an intermediate level of mental health treatment services between outpatient and residential level services. SLS units are located in a designated area or residential unit and provide mental health and daily living support services. These programs are available at each custody level but not at each facility. SLS units are located at MCF-Lino Lakes, MCF-Rush City, and MCF-Stillwater. An additional unit began during this performance period at MCF-Faribault in FY11. Similar services are available for women at MCF-Shakopee within the extended care unit of the Women of Wellness program.

---

[48] Beds for this program vary somewhat based on both need and availability.

Figure 22
**Supportive Living Services Units — Male Facilities**

| Faribault, Lino Lakes, Rush City, and Stillwater SLS | FY06 | FY07 | FY08 | FY09 | FY10 | FY11 | FY12 |
|---|---|---|---|---|---|---|---|
| Number of beds | 56 | 67 | 66 | 66 | 68 | 73 | 73 |
| Number of admissions | 139 | 143 | 134 | 142 | 114 | 132 | 199 |
| Number of discharges | 134 | 146 | 132 | 145 | 119 | 115 | 192 |
| Average length of stay in days | 153 | 219 | 155 | 148 | 164 | 141 | 127 |
| Percent occupancy | 99% | 101% | 104% | 104% | 90% | 80% | 92% |
| Average daily census | 57 | 68 | 68 | 69 | 62 | 58 | 67 |
| Is there a wait list? | NA | NA | NA | NA | NA | NA | NA |
| If yes, average number on list | NA | NA | NA | NA | NA | NA | NA |

As shown in Figure 22, male SLS beds have increased during this performance period with the addition of the SLS program at MCF-Faribault. Work was completed over the past three years to develop more standardized program approaches across all of the SLS programs while also differentiating programming based on specific population needs at the different facilities. Efforts to make the programs more focused and effective are beginning to bear fruit as reflected in the reduced length of stays along with increased program admissions.

**Figure 23**
**Supportive Living Services Units — Female Facilities**

| MCF-Shakopee WoW | FY06 | FY07 | FY08 | FY09 | FY10 | FY11 | FY12 |
|---|---|---|---|---|---|---|---|
| Number of beds | NA | NA | NA | 6 | 6 | 6 | 6 |
| Number of admissions | NA | NA | NA | 20 | 15 | 2 | 5 |
| Number of discharges | NA | NA | NA | 18 | 14 | 2 | 2 |
| Average length of stay in days | NA | NA | NA | 67 | 151 | 261 | 181 |
| Percent occupancy | NA | NA | NA | 83% | 100% | 72% | 50% |
| Average daily census | NA | NA | NA | 5 | 6 | 4 | 3 |
| Is there a wait list? | NA | NA | NA | No | No | No | No |
| If yes, average number on list | NA | NA | NA | NA | NA | NA | NA |

Figure 23 provides data on SLS services for female offenders. As noted, these services are provided at MCF-Shakopee, in the extended care unit of the Women of Wellness program, which did not begin until FY09.

## Residential Services

Residential programs for mentally ill offenders provide specialty assessments as well as acute and chronic mental health care within a secure environment at two facilities: MCF-Oak Park Heights for men and MCF-Shakopee for women. For men, the Mental Health Unit at MCF-Oak Park Heights provides the most intensive care and receives male offenders who are in crisis from other sites. An increasing number of chronically mentally ill offenders also are housed at this facility when other placements are impractical. (The SLS programs have provided additional placement options.) For

women, the Women of Wellness Unit at MCF-Shakopee provides a highly structured program of skills development over a fixed schedule of 42 days to completion. It is followed by supportive services as needed and a return to the general offender community.

**Figure 24**
**Residential Services Facilities**

| MCF-Oak Park Heights | FY06 | FY07 | FY08 | FY09 | FY10 | FY11 | FY12 |
|---|---|---|---|---|---|---|---|
| Number of beds[49] | 47 | 47 | 47 | 47 | 47 | 47 | 47 |
| Number of admissions | 117 | 122 | 107 | 104 | 94 | 70 | 74 |
| Number of discharges | 116 | 119 | 110 | 111 | 85 | 67 | 76 |
| Average length of stay in days | 97 | 84 | 134 | 142 | 166 | 143 | 294 |
| Percent occupancy | 92% | 92% | 95% | 92% | 93% | 83% | 84% |
| Average daily census | 41 | 41 | 43 | 42 | 42 | 38 | 38 |
| Is there a wait list? | No | No | No | No | No | No | No |
| If yes, average number on list | NA | NA | NA | NA | NA | NA | NA |

| MCF-Shakopee | FY06 | FY07 | FY08 | FY09 | FY10 | FY11 | FY12 |
|---|---|---|---|---|---|---|---|
| Number of beds[50] | 10 | 10 | 10 | 32 | 32 | 20 | 20 |
| Number of admissions | 193 | 172 | 179 | 146 | 191 | 148 | 209 |
| Number of discharges | 194 | 169 | 180 | 128 | 190 | 196 | 203 |
| Average length of stay in days | 17.8 | 18.5 | 18.5 | 39 | 37 | 35 | 38 |
| Percent occupancy | 97% | 90% | 95% | 47% | 59% | 83% | 90% |
| Average daily census | 9.7 | 9.0 | 9.5 | 15 | 19 | 17 | 18 |
| Is there a wait list? | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| If yes, average number on list | 12 | NA | 14 | 12 | 12 | 50 | 50 |

Figure 24 shows that the beds available at the Oak Park Heights Mental Health Unit (MHU) since FY06 have remained constant, but the average length of stay has risen dramatically over the seven years included in this report. The increase in the average length of stay is related to the increasing number of very severe and chronic mentally ill inmates housed. This growing subgroup of severely mentally ill offenders has also been more volatile and violent and more frequently require civil commitment. Admissions and discharges from the Oak Park Heights MHU have slowed as a natural result of the need for longer treatment durations for this offender subgroup.

Some physical plant changes have been implemented to improve security and additional improvements are needed. While these changes have served to improve safety for both staff and offenders, they also create barriers to providing care and recreational opportunities. As a result, efforts have been made in recent years to house and provide care for some very high risk mentally ill offenders in the Administrative Control Unit (ACU). Additional staffing has been allocated to ACU in order to provide additional assessment and treatment services on this unit. Plans are in development to further increase access to care in ACU based on this growing need. It is planned to either remodel MHU to further increase physical plant safety features while facilitating increased access to treatment or develop alternative treatment programming elsewhere.

---

[49] Two MCF-OPH beds are reserved for emergency reception of offenders in crisis; "percent occupancy" figures are based on 45 beds.
[50] Beds moved from Mead to Monahan building in FY09.

In the meantime, utilization of MHU is reduced, in part due to the increased length of stay noted above and also, in part, due to the reality that it has become increasingly more difficult to provide care in that program due to the increased safety precautions required. The impact on the overall mental health delivery system for severely and acutely mentally ill offenders has been significant because of the constraints on the MHU. The expansion of the SLS programs has helped in recent years by reducing the number of admissions to MHU as well as shortening the lengths of stay for offenders who have transitional need for a residential level of mental health care. Nevertheless, there is a need to increase available residential-level resources, and the department has been exploring options.

The MCF-Shakopee Women of Wellness program encompasses several treatment components, including the chronic pain program noted in the previous section. The beds available for residential-level mental health care for women increased significantly in FY09 with the move of the program to the Monahan building. The residential program operates with several phases, beginning with more intensive treatment services followed by stepwise phases of decreasing services and return to general population.

## SPMI Release and Reintegration Planning

The DOC provides release planning services for those offenders meeting the criteria for Serious and Persistent Mental Illness (SPMI). These services are provided to assist offenders in securing community placements as well as connecting them with a range of services needed for successful community transition. These community-based services may include psychiatry, mental health case management services, housing, substance abuse treatment or aftercare, as well as other services that may be needed. Figure 25 includes the count of "encounters" with SPMI release planners for each fiscal year. For FY06 through FY08, these encounters included not only direct contact assessment and interviews but also contacts made with community resources on the offenders' behalf. Late in FY09, a change was made in data entry practices to exclude the community contacts; this change accounts for the decrease in numbers of encounters from FY09 to FY10 at some sites.

**Figure 25**
**Serious and Persistent Mental Illness (SPMI) Release Planning**

|  | FY06 | FY07 | FY08 | FY09 | FY10 | FY11 | FY12 |
|---|---|---|---|---|---|---|---|
| Release plan encounter activity | 1,727 | 2,062 | 1,863 | 1,432 | 1,278 | 1,780 | 1,732 |
| Release plans completed | 224 | 301 | 342 | 258 | 330 | 302 | 305 |

# Section VII
## Other DOC Biennial Highlights

This section presents information about Minnesota Department of Corrections services and activities during the past biennium that did not lend themselves to coverage in the previous sections.

### Adult offenders in community programs

Most offenders committed to the commissioner do not remain incarcerated until sentence expiration, but are eventually released to serve the remainder of their sentence under some form of community supervision. In addition, some programs provide for qualifying offenders to work outside prison walls, while yet serving their term of imprisonment. The table below provides a breakdown of offenders in these community programs.

Supervised release:  With the exception of life-sentenced inmates, offenders committed to the commissioner are sentenced to a term of imprisonment equal to two-thirds of the total executed sentence and a supervised release term equal to the remaining one-third.  The term of incarceration may be extended if the offender violates disciplinary rules.  Nonetheless, most offenders serve part of their sentence in the community under supervised release, upon release from prison.

Intensive Supervised Release (ISR):  Certain high-risk offenders are placed on Intensive Supervised Release upon serving their prison term.

Challenge Incarceration Program (CIP) community supervision:  Offenders who qualify for and complete the Challenge Incarceration Program Phase I boot camp are released to Phase II of the program, which is a highly-supervised community phase lasting at least six months.  Upon successful completion, offenders remain under community supervision in Phase III of the CIP program.

Institution/Community Work Crew (ICWC) programs:  ICWC puts minimum-security prison inmates to work in the community under the supervision of a department crew leader. Crews housed at department minimum-security facilities complete a variety of community projects for local government and state agencies. Participants in the ICWC Affordable Homes Program (AHP) are housed in local jails and build affordable housing in partnership with non-profit community agencies.

Work Release:  In this program, carefully-screened inmates work in the community. Offenders must have served at least one-half of their term of imprisonment and are within eight months of their supervised release date. The DOC contracts with Minnesota jails and halfway houses to house work release inmates.

<u>Sentencing to Service (STS) Homes Program</u>:  Carefully-selected minimum-security inmates participate in a one-year on-the-job carpenter training program in this joint venture between Hennepin County and the DOC.

## Adult offenders committed to the commissioner,
## in community programs as of 7/1/2012
## Population by county

| County[51] | Supervised Release[52] | ISR[53] | CIP Comm. Sup.[54] | ICWC/ AHP[55] | ICWC[56] | Work Release | STS Homes |
|---|---|---|---|---|---|---|---|
| Aitkin (CCA) | 19 | 4 | | | | | |
| Anoka (CCA) | 134 | 51 | 14 | | 34 | 8 | |
| Becker | 60 | 5 | 1 | 9 | | 4 | |
| Beltrami | 67 | 15 | 7 | | | 3 | |
| Benton | 39 | 2 | 4 | | | 3 | |
| Big Stone | 1 | | 1 | | | | |
| Blue Earth (CCA) | 50 | 6 | 4 | | | 3 | |
| Brown | 6 | | 1 | | | | |
| Carlton (CCA) | 68 | 61 | 2 | | | | |
| Carver | 15 | 4 | 1 | | | | |
| Cass | 32 | 9 | 4 | | | | |
| Chippewa (CCA) | 14 | 3 | 1 | | | | |
| Chisago | 43 | 3 | 4 | | | | |
| Clay | 70 | 8 | 12 | | | | |
| Clearwater | 17 | | | | | | |
| Cook (CCA) | 2 | | | | | | |
| Cottonwood | 7 | 1 | | | | | |
| Crow Wing (CCA) | 55 | 16 | 3 | | | 7 | |
| Dakota (CCA) | 127 | 28 | 10 | | | | |
| Dodge (CCA) | 4 | 4 | | | | | |
| Douglas | 34 | 2 | | 9 | | 1 | |
| Faribault | 11 | 2 | 1 | | | | |
| Fillmore (CCA) | 12 | | 1 | | | | |
| Freeborn | 24 | 4 | 3 | | | | |
| Goodhue | 24 | 4 | 1 | | 19 | | |
| Grant | 1 | 2 | | | | | |

---

[51] In Community Corrections Act (CCA) counties, offenders on supervised release are supervised by CCA agents; in the remaining Minnesota counties, supervised release supervision is provided by Minnesota Department of Corrections agents.
[52] Also includes adult offenders on parole or conditional medical release.
[53] Intensive Supervised Release (M.S. 244.12). DOC agents supervise ISR offenders in 19 CCA counties and all non-CCA counties.
[54] Offenders in Challenge Incarceration Program Phases II and III are supervised in the community by DOC agents, or (in northeastern Minnesota) by DOC contract with Arrowhead Community Corrections.
[55] Offenders in the Institution/Community Work Crew Affordable Homes Program (ICWC/AHP) are housed in local jails when not on the construction site.
[56] Offenders in the Institution/Community Work Crew (ICWC) program are housed in Minnesota Correctional Facility minimum-security units when not working.

| County[51] | Supervised Release[52] | ISR[53] | CIP Comm. Sup.[54] | ICWC/ AHP[55] | ICWC[56] | Work Release | STS Homes |
|---|---|---|---|---|---|---|---|
| Hennepin (CCA) | 967 | 294 | 63 | | | 52 | 29 |
| Houston | 3 | 1 | 3 | | | | |
| Hubbard | 20 | 1 | 1 | | | 1 | |
| Isanti | 18 | 1 | 4 | | | | |
| Itasca | 44 | 5 | 9 | | | | |
| Jackson | 8 | 1 | | | | | |
| Kanabec | 10 | 4 | | | | | |
| Kandiyohi (CCA) | 30 | 6 | 3 | | | | |
| Kittson | 2 | | | | | | |
| Koochiching (CCA) | 4 | 2 | | | | | |
| Lac qui Parle (CCA) | 2 | | | | | | |
| Lake (CCA) | 5 | | | | | | |
| Lake of the Woods | 2 | | | | | | |
| Le Sueur | 12 | 2 | | | | | |
| Lincoln | | | | | | | |
| Lyon | 21 | 11 | 7 | | | 3 | |
| McLeod | 21 | | 1 | | | | |
| Mahnomen | 21 | 4 | 1 | | | | |
| Marshall | 8 | | 3 | | | | |
| Martin | 13 | 4 | 2 | | | | |
| Meeker | 17 | 3 | 2 | | | 4 | |
| Mille Lacs | 32 | 4 | 4 | | | | |
| Morrison (CCA) | 44 | 3 | | | | | |
| Mower | 33 | 5 | 1 | | | | |
| Murray | 1 | 1 | 1 | | | | |
| Nicollet | 51 | 48 | | | | | |
| Nobles (CCA) | 15 | 2 | | 6 | | 1 | |
| Norman (CCA) | 7 | 1 | | | | | |
| Olmsted (CCA) | 118 | 37 | 15 | | | 18 | |
| Otter Tail | 44 | 4 | 3 | | | 3 | |
| Pennington | 20 | 17 | 1 | 9 | | 1 | |
| Pine | 28 | 3 | 4 | | | 1 | |
| Pipestone | 11 | 1 | 2 | | | | |
| Polk (CCA) | 53 | 7 | 2 | | | 5 | |
| Pope | 4 | 1 | 1 | | | | |
| Ramsey (CCA) | 520 | 152 | 34 | | | 48 | |
| Red Lake (CCA) | 2 | 1 | | | | | |
| Redwood | 16 | 5 | | | | | |
| Renville | 9 | 3 | 4 | | | | |
| Rice (CCA) | 31 | 7 | 5 | | 12 | | |

| County[51] | Supervised Release[52] | ISR[53] | CIP Comm. Sup.[54] | ICWC/ AHP[55] | ICWC[56] | Work Release | STS Homes |
|---|---|---|---|---|---|---|---|
| Rock (CCA) | 4 | | | | | | |
| Roseau | 5 | 3 | 1 | | | | |
| St. Louis (CCA) | 139 | 67 | 18 | | | 14 | |
| Scott (CCA) | 52 | 8 | 2 | | | 2 | |
| Sherburne | 25 | 9 | 2 | | | | |
| Sibley | 6 | 2 | 1 | | | | |
| Stearns (CCA) | 122 | 21 | 10 | | | | |
| Steele | 32 | 8 | 4 | | | 1 | |
| Stevens | 3 | | | | | | |
| Swift (CCA) | 6 | | 1 | | | | |
| Todd (CCA) | 21 | 1 | 2 | | | | |
| Traverse | 2 | | | | | | |
| Wabasha | 11 | 1 | | | | | |
| Wadena (CCA) | 11 | 2 | 1 | | | | |
| Waseca | 16 | | 1 | | | | |
| Washington (CCA) | 68 | 8 | 8 | | 25 | | |
| Watonwan | 7 | | | | | | |
| Wilkin | 4 | 1 | 1 | | | | |
| Winona | 28 | 10 | 5 | | | | |
| Wright | 53 | 9 | 2 | | | 2 | |
| Yellow Medicine (CCA) | 13 | | 1 | | | | |
| Non-Minnesota | 363 | 31 | | | | | |
| Other[57] | 155 | 55 | | | | | |
| **Total** | 4349 | 1111 | 311 | 33 | 90 | 185 | 29 |

[57] In most cases, these are offenders who have been released to a U.S. Immigration and Customs Enforcement (ICE) detainer, with a special condition that the offender report to his DOC or CCA agent if not deported before expiration.

## Probation in Minnesota

In Minnesota, probation services are provided by a combination of state and county agencies spread throughout the state's 87 counties:

- In 28 counties, the DOC provides all probation services.
- In 27 counties, probation services are provided by a combination of county probation offices (CPO) and the DOC. In these counties, the DOC provides supervision for adult felons and the county provides supervision for juveniles and adult non-felony cases.
- The remaining 32 counties participate in the Minnesota Community Corrections Act (CCA) where county staff provides all probation services.

A detailed accounting of probationer populations is provided in the *Probation Survey*, which is produced annually by the DOC and is available at http://www.doc.state.mn.us/publications/publications.htm. The data below is excerpted from the *2011 Probation Survey*, and shows statewide totals as of December 31, 2011, of the number of offenders on various levels of adult and juvenile probation supervision in Minnesota.

As of December 31, 2011, DOC agents were providing supervision for 18,205 probationers. This included 11,918 adult felony probationers, or 29 percent of the state's total felony probation population (the remainder were supervised by CCA agents).

### Minnesota Probation Population as of December 31, 2011 by Probation Service Provider

| | Adult Felony 2011 | Adult Gross Misdemeanor 2011 | Adult Misdemeanor 2011 | Juvenile 2011 | Total 2011 |
|---|---|---|---|---|---|
| Hennepin County Community Corrections | 6,943 | 7,821 | 8,099 | 1,592 | 24,455 |
| **MN Dept. of Corrections Field Services** | **11,918** | **2,714** | **2,368** | **1,205** | **18,205** |
| Ramsey County Community Corrections | 5,314 | 2,807 | 4,204 | 931 | 13,256 |
| Anoka County Community Corrections | 2,554 | 2,807 | 2,934 | 502 | 8,797 |
| Dakota County Community Corrections | 3,302 | 2,271 | 2,393 | 448 | 8,414 |
| CCA — other | 11,042 | 8,038 | 6,993 | 2,060 | 28,133 |
| All other county providers | 0 | 6,986 | 6,278 | 1,802 | 15,066 |
| **Statewide Total** | **41,073** | **33,444** | **33,269** | **8,540** | **116,326** |

## Prison gardening programs

During the 2012 legislative session, the DOC was asked to expand gardening to facilities where space and security allows for operation of a garden. The DOC has small flower gardens at most of its facilities, but only MCF-Red Wing and the Challenge Incarceration Program (CIP) boot camp sites have large vegetable gardens due to space and security allowing for this type of activity. MCF-Stillwater produced 25,000 annuals in 2012 for the state capitol grounds, which were planted by the Department of Administration.

In 2012, the DOC was able to expand gardens at its CIP boot camp sites and at MCF-Red Wing. At Willow River, CIP expanded to six separate vegetable gardens this year for a total of 21,321 square feet. They doubled the amount of produce grown this year from 5,000 pounds in 2011 to 10,000 pounds in 2012. The offenders grew sweet corn, beans, tomatoes, peppers, pumpkins, squash, melons, kohlrabi, lettuce, radishes, onions, broccoli, and cabbage. Willow River also has 25 fruit trees. All of the food is being used to supplement offenders' daily meals.

CIP-Togo grew approximately 500 pounds of produce, which included pumpkins, potatoes, onions, tomatoes, peppers, broccoli, cabbage, lettuce, carrots, radishes, strawberries, sunflowers, gourds, herbs, cucumbers, and raspberries. In addition, the women in this boot camp program participate in a horticulture therapy curriculum that ties in gardening with positive leisure in their personal lives.

The Red Wing garden is coordinated by community volunteers, with offenders doing all of the work. Most of the produce is donated to a local food shelf.

## Published research on DOC program effectiveness

The department has evaluated a number of programs that operate in DOC facilities. In general, these evaluations have:

- Examined the impact of the program on outcomes such as recidivism, post-release employment, or cost avoidance.
- Isolated the effect of the program on the outcome(s) measured by:
    - Using random assignment or statistical procedures to create a control or comparison group
    - Using statistical techniques to control for rival causal factors
- Reported the effect sizes for the outcomes measured
- Been published in peer-reviewed academic journals

## Main Findings from DOC Program Evaluations

- Chemical dependency treatment reduces recidivism by
    - 17 percent for rearrest
    - 21 percent for reconviction
    - 25 percent for new offense reincarceration
    - Publication: *Journal of Experimental Criminology* (Duwe, 2010)
- MINNCOR's EMPLOY program reduces recidivism and increases employment
    - EMPLOY reduces recidivism by
        - 35 percent for rearrest
        - 32 percent for reconviction
        - 55 percent for new offense reincarceration
        - 63 percent for reincarceration for a technical violation revocation and increases employment by 72 percent
    - EMPLOY increases the odds of finding post-release employment by 72 percent
    - Publication: *Crime & Delinquency* (Duwe, 2012)
- The Affordable Homes Program (AHP) increases odds of finding employment in the construction trade by 141 percent
    - AHP reduces costs to the state by $58,491 per participant
    - Publication: *Criminal Justice Policy Review* (Northcutt Bohmert and Duwe, 2011)
- InnerChange Freedom Initiative decreases recidivism and reduces costs to the state
    - IFI reduces recidivism by
        - 26 percent for rearrest
        - 35 percent for reconviction
        - 40 percent for new offense reincarceration

- - IFI produces a monetary benefit to the state because program costs are privately funded
  - Publication: *International Journal of Offender Therapy and Comparative Criminology* (Duwe and King, 2012)
- Minnesota Comprehensive Offender Reentry Plan (MCORP) reduces recidivism, increases employment, and decreases homelessness
  - MCORP decrease recidivism by
    - 37 percent for rearrest
    - 43 percent for reconviction
    - 57 percent for new offense reincarceration
  - MCORP increases employment by 91 percent
  - MCORP reduces homelessness by 80 percent
  - Publication: *Justice Quarterly* (Duwe, 2012)
- Prison visitation reduces recidivism by
  - 13 for a felony reconviction
  - 25 percent for reincarceration for a technical violation revocation
  - Publication: *Criminal Justice Policy Review* (Duwe and Clark, 2011)
- Prison-Based Educational Programming
  - Earning a secondary degree in prison
    - Increases the odds of finding employment by 59 percent
  - Earning a post-secondary degree or certificate in prison
    - Increases total post-release wages and total number of hours worked
    - Decreases recidivism by
      - 14 percent for rearrest
      - 16 percent for reconviction
      - 24 percent for new offense reincarceration
  - Publication: Duwe, G. and Clark, V. (forthcoming). The effects of prison-based educational programming on recidivism and employment. *The Prison Journal*.

## Sex Offender Research

- Minnesota Circles of Support and Accountability (MnCOSA) reduces recidivism and decreases costs
  - MnCOSA decreases recidivism by
    - 62 percent for rearrest
    - 72 percent for reincarceration for a technical violation revocation
    - 84 percent for reincarceration for either a new offense or a technical violation revocation
  - MnCOSA produces a benefit of $11,716 per participant

- o Publication: *Sexual Abuse: A Journal of Research and Treatment* (Duwe, 2012)
- Predatory Offender Registration Non-compliance
    - o A history of registration non-compliance does not increase the risk of sexual or general recidivism
    - o A history of registration non-compliance increases the risk of reconviction for another failure to register offense
    - o Publication: *Criminal Justice and Behavior* (Duwe and Donnay, 2010)

**Additional highlights**

*DOC helps out in Moose Lake flooding*:
A work crew of eighteen offenders in the Challenge Incarceration Program (CIP) boot camp program in Willow River, along with two staff, helped fill and move sandbags during the Moose Lake flooding in June 2012. About 80,000 sandbags were placed by offenders and community volunteers.

*Crisis intervention program makes Minnesota prisons safer*:
DOC prison staff are being trained in a newly-developed Crisis Intervention Team (CIT) program. This program provides tools, strategies, and techniques for de-escalating potentially dangerous situations involving mentally ill offenders. For more information, see http://www.youtube.com/watch?v=37Li1Z4D_To.

*O-Mail program makes prisons safer, brings families together*:
In 2012, the DOC expanded the O-Mail pilot project to all facilities. O-Mail is the messaging system that allows offenders to receive printouts of emails from friends and family. The messages are printed and given to the offenders after passing through security checks. Offenders must respond by traditional mail. Program costs are borne by the message senders.

*Implementation of 800 MHz radio system in DOC facilities*:
In the past biennium, the DOC installed the Allied Radio Matrix for Emergency Responders (ARMER) radio system at all Minnesota correctional facilities. ARMER is a shared radio system used between Minnesota public safety agencies. This technology has already proven its usefulness in enabling seamless communications between facilities during a lockdown of all ten state prisons in January 2012.