# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-1230

James Vandevender

Appellant

v.

Captain Walter Sass, Captain, et al.

Appellees

_____

Appeal from U.S. District Court for the District of Minnesota
(0:18-cv-00607-DWF)

_____

**MANDATE**

In accordance with the judgment of 07/31/2020, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 10, 2020

Clerk, U.S. Court of Appeals, Eighth Circuit